## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KENNETH WILLIAMS, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GENERALE DES ESTABLISSEMENTS MICHELIN SCA; COMPAGNIE FINANCIERE MICHELIN SA; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOE COMPANIES 1-100,<br><br>        Defendants. | No.<br><br>**CLASS ACTION COMPLAINT<br>INDEX OF EXHIBITS** |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | 2022 Universal Registration Document (April 11, 2023) |
| 2 | *Smithers forecasts the global tire market to reach $280 billion in 2024* (Dec. 22, 2023) |
| 3 | Joy Kopcha, *Do Tire Tiers Exist, and Are They Competitive?* Modern Tire Dealer (Nov. 7, 2023) |

| 4 | *EU Tire Cartel Probe Targets Michelin*, Continental, Matthew Perlman, Law 360 (Jan. 30, 2024) |
|---|---|
| 5 | *Commission carries out unannounced antitrust inspections in the tyres sector*, European Commission (Jan. 30, 2024) |
| 6 | 2022 Continental Annual Report, pg. 26 |
| 7 | 2022 Universal Registration Document, pg. 16 (April 11, 2023) |
| 8 | Bridgestone Home Page |
| 9 | ProPublica, *Overinflated: The Journey of Humble Tire Reveals Why Prices Are Still So High* (May 3, 2023) |
| 10 | Motor Tire Dealer, *Michelin Will Raise Consumer, Commercial Prices on Feb. 1* (Dec. 19, 2020) |
| 11 | Financial Statement Release 2020, Transcript, Nokian (Feb. 9, 2021) |
| 12 | Motor Tire Dealer, *Continental Plans Price Hike on PLT Tires* (Jan. 6, 2021) |
| 13 | Motor Tire Dealer, *Michelin Will Raise Consumer Tire Prices on April 1* (March 1, 2021) |
| 14 | Motor Tire Dealer, *Goodyear to Increase Consumer Tire Prices* (March 3, 2021) |
| 15 | Motor Tire Dealer, *Pirelli Will Raise Prices in U.S. on April 15* (March 9, 2021) |
| 16 | Motor Tire Dealer, *Bridgestone to Raise Consumer Tire Prices on May 1* (March 24, 2021) |
| 17 | Motor Tire Dealer, *Goodyear Plans Another Consumer Tire Price Hike* (May 3, 2021) |
| 18 | Motor Tire Dealer, *Continental Will Raise Consumer Prices in July* (May 5, 2021) |
| 19 | Motor Tire Dealer, *Pirelli Plans Another Price Hike* (May 18, 2021) |
| 20 | Typress, *Michelin announces North America price increases* (Aug. 3, 2021) |
| 21 | Ratchet and Wrench, *Goodyear and Cooper Consumer Tire Prices Are Going Up* (Aug. 10, 2021) |
| 22 | Tire Review, *Continental Tire Announces Price Increase* (Aug. 30, 2021) |
| 23 | Rubber News, *Pirelli raising prices for fourth time in 2021* (Aug. 31, 2021) |
| 24 | Madeline Winer, *Continental Tire Announces Price Increases*, Tire Review (Nov. 9, 2021) |
| 25 | PR Newswire, *Michelin Implements Price Increase Across Passenger Brand and Commercial Offers in North American Market* |

|    |    |
|----|----|
|    | (Dec 1, 2021) |
| 26 | Daneille Hess, *Pirelli Announces Price Increases for Car, Light Truck Tires*, Tire Review (Jan. 3, 2022) |
| 27 | Christian Hinton, *Continental Tire Announces Price Increase*, Tire Review (Mar. 1, 2022) |
| 28 | Michelin Press Release, *Michelin Implements Price Increase Across Passenger Brands and Commercial Offers in North American Market* (Mar. 1, 2022) |
| 29 | Christian Hinton, *Bridgestone Price Increase for Consumer Replacement Tires*, Tire Review) (Mar. 2, 2022) |
| 30 | Christian Hinton, *Pirelli Increases Price for Car and Light Truck Tires*, Tire Review) (Mar. 23, 2022) |
| 31 | Tire Business, *Conti to raise U.S. Tire prices again*) (Apr. 19, 2022) |
| 32 | Michelin, Press Release (May 2, 2022) |
| 33 | Brian Coote, *Pirelli to Increase Prices on U.S. PLT Tires*, Tire Review) (May 17, 2022) |
| 34 | Tire Business, *Goodyear to raise North America Tire prices July 1*) (June 15, 2022) |
| 35 | Brian Coote, *Bridgestone to Increase Consumer Tire Prices in U.S., Canada,* Tire Review) (June 6, 2022) |
| 36 | Christian Hinton, *Bridgestone Announces Price Increases up to 15% on Select Tires*, Tire Review) (Sept. 8, 2022) |
| 37 | Samuel Grom, *Michelin Introduces Prices Increases in Canada, U.S.*, Tire Review) (Dec. 13, 2022) |
| 38 | Samuel Grom, *Bridgestone Americas Increases Replacement Tire Prices*, Tire Review) (Dec. 13, 2022) |
| 39 | Goodyear, Q1 2022 Interim Results Earnings Call Transcripts) (May 6, 2022) |
| 40 | Continental, 2022 Annual Report, pg. 73 |
| 41 | Goodyear, Q1 2022 Interim Results Earnings Call Transcripts) (May 6, 2022) |
| 42 | The Goodyear Tire & Rubber Company, 2022 Annual Report, pg. 7 |
| 43 | Michael Perlman, *EU Tire Cartel Probe Targets Michelin, Continental*, Law 360) (Jan. 30, 2024) |
| 44 | Department of Justice, *Bridgestone Corp. Agrees to Plead Guilty to Price Fixing on Automobile Parts Installed in U.S. Cares*) (Feb. 13, 2014) |
| 45 | Michael, Grabell, *Overinflated: The Journey of a Huble Tire Reveals Why Prices Are Still So High*, Pro Publica) (May 3, 2023) |

| | |
|---|---|
| 46 | Goodyear, Annual Report 2022 |
| 47 | Goodyear, *How Are Tires Made?* |
| 48 | Mathilde Carlier, *Number of vehicles in operation in the United States between 1st quarter 2018 and 1st quarter 2023*, Statista (Dec. 19, 2023) |
| 49 | Bridgestone Americas, *Determining Tire Size* |
| 50 | Traqline, *The 'Goliaths' of the Replacement Tire Industry Are Getting Bigger. How Can The 'Davids'' Compete?*) (Feb. 14, 2022) |
| 51 | IBIS World, *Tire Manufacturing in the US* |
| 52 | U.S. Tire Manufacturers Association, *About Us* |
| 53 | U.S. Tire Manufacturers Association, *Leadership* |
| 54 | Nokian, *Nokian Tyres' North American Factory* |
| 55 | Tire Business, *Rising tire prices affected by several factors*) (July 8, 2022) |