# Exhibit 5



Home ()  Press corner ()

**Unannounced antitrust inspections in the tyres sector**

Available languages: English

PRESS RELEASE    30 January 2024    Brussels

# Commission carries out unannounced antitrust inspections in the tyres sector

- Top ()
- Related topics ()
- Print friendly pdf ()
- Contacts for media ()

The European Commission is carrying out unannounced inspections at the premises of companies active in the tyres industry in several Member States.

The Commission has concerns that the inspected companies may have violated EU antitrust rules that prohibit cartels and restrictive business practices (Article 101 of the Treaty on the Functioning of the European Union).

The products concerned by the inspections are new replacement tyres for passenger cars, vans, trucks and busses sold in the European Economic Area. The Commission is concerned that price coordination took place amongst the inspected companies, including via public communications.

The Commission officials were accompanied by their counterparts from the relevant national competition authorities of the Member States where the inspections were carried out.

Unannounced inspections are a preliminary investigatory step into suspected anticompetitive practices. The fact that the Commission carries out such inspections does not mean that the

companies are guilty of anti-competitive behaviour, nor does it prejudge the outcome of the investigation itself.

There is no legal deadline to complete inquiries into anticompetitive conduct. Their duration depends on a number of factors, including the complexity of each case, the extent to which the undertakings concerned co-operate with the Commission and the exercise of the rights of defence.

Under the Commission's leniency programme companies that have been involved in a secret cartel may be granted immunity from fines or significant reductions in fines in return for reporting the conduct and cooperating with the Commission throughout its investigation. Individuals and companies can report cartel or other anti-competitive behaviour, also on an anonymous basis, through the Commission's whistle-blower channels. Further information on the Commission's leniency programme and whistle-blower tool is available on DG Competition's website.

## Related topics

Competition      Antitrust

## Print friendly pdf

**Unannounced antitrust inspections in the tyres sector**

**English** 30.871, kB - PDF

Download
(https://ec.europa.eu/commission/presscorner/api/files/doc

## Contacts for media

### Lea ZUBER

**Spokesperson**

Phone          +32 2 29 56298

Mail           lea.zuber@ec.europa.eu



### Nina FERREIRA
**Press Officer**

| | |
|---|---|
| **Phone** | +32 2 299 81 63 |
| **Mail** | nina.ferreira@ec.europa.eu |



**If you do not work for a media organisation, you are welcome to contact the EU through Europe Direct in writing or by calling 00 800 6 7 8 9 10 11.**

IP/24/561

**Share this page:**

Twitter (https://twitter.com/intent/tweet?url=https://ec.europa.eu/commission/presscorner/detail/en/ip_24_561/s…

Facebook (https://www.facebook.com/share.php?u=https://ec.europa.eu/commission/presscorner/detail/en/ip_24_561/sm…

Linkedin (https://www.linkedin.com/shareArticle?mini=true&url=https://ec.europa.eu/commission/presscorner/detail/en/ip…

E-mail ()