# Exhibit 7

# Exhibit 7

STRATEGY

# OVERVIEW
## of our businesses

— By leveraging its expertise with, around and beyond tires, Michelin is able to offer products and services to a multitude of customers in a wide array of industries.



As the technology leader in tires for all forms of mobility, Michelin has structured its business base around three core segments – tires, tire-related fleet services, and high-tech materials – with the double objective of strengthening its technological leadership in tires and expanding in high-potential growth territories to leverage its unique capabilities in new ways.

### ● UNIQUE EXPERTISE, MULTIPLE MARKETS

Operating in a wide variety of markets not only enables the Group to diversify its sources of revenue but also to capitalize on the countercyclical nature of certain industries or business segments to strengthen its resilience. Today, tire-related sales account for nearly 95% of the consolidated total, divided almost equally between B2C (replacement passenger car and two-wheeler tires) and B2B sales (Road transportation, Beyond road, Mining, Automotive original equipment, and Aircraft). The main targeted growth drivers are focused on the shift to electric mobility and specialty tires. The Group also intends to expand in services and solutions for vehicle fleets by capitalizing on advances in digital technology and connected mobility. It also leverages its unrivaled expertise in high-tech materials and leading-edge industrial processes in a variety of industries, including energy, medical devices and aerospace. Non-tire sales rose by 22% in 2022.

### EXPERIENCES

● *The MICHELIN Guide curates and provides booking solutions for the world's most memorable restaurants and hotels, bringing exceptional experiences to a broad community of gourmet diners and travelers. For more than 120 years, the Group's Experiences business line has nurtured the connection between the company and its end customers. Reflecting a multigenerational ethos, the Guide has increasingly oriented its selections towards environmental responsibility since 2020, when it created the Green Star distinction.*

**16,000** restaurants
**6,000** hotels
recommended in 2022