# Exhibit 8

**Site Logo Block**



**MEMBERS**



Nashville, Tennessee-based Bridgestone Americas, Inc. (BSAM) is the U.S. subsidiary of Bridgestone Corporation, the world's largest tire and rubber company. BSAM and its subsidiaries develop, manufacture and market a wide range of Bridgestone, Firestone and associate brand tires to address the needs of a broad range of customers, including consumers, automotive and commercial vehicle original equipment manufacturers, and those in the agricultural, forestry and mining industries. The companies are also engaged in retreading operations throughout the Western Hemisphere and produce air springs, roofing materials, and industrial fibers and textiles. The BSAM family of companies also operates the world's largest chain of automotive tire and service centers. Guided by its One Team, One Planet message, the company is dedicated to achieving a positive environmental impact in all of the communities it calls home.

To inquire about corporate membership, please contact USTMA offices at (202) 682-4800 or
.
info@ustires.org
*(https://ustires.org/mailto:info@ustires.org)*

## U.S. MANUFACTURING FACILITIES

| | | |
|---|---|---|
| **Bridgestone Americas, Inc.** | Russellville, AR | Inner Tubes and Bladder Stock |
| **Bridgestone Americas, Inc.** | Griffin, GA | Tread rubber and Retreading Materials |

| | | |
|---|---|---|
| **Bridgestone Americas, Inc.** | Des Moines, IA | Agricultural Tires |
| **Bridgestone Americas, Inc.** | Bloomington, IL | Off-road Tires |
| **Bridgestone Americas, Inc.** | Muncie, IL | Components for Retread Manufacturing |
| **Bridgestone Americas, Inc.** | Gastonia, NC | Tire Cord (textile) |
| **Bridgestone Americas, Inc.** | Kings Mountain, NC | Tire Cord (textile) |
| **Bridgestone Americas, Inc.** | Mayodan, NC (Note: Part of Bridgestone Corporation in Tokyo - not part of Bridgestone Americas, Inc.) | Aircraft tire retreading |
| **Bridgestone Americas, Inc.** | Oxford, NC | Tread rubber and Retreading Materials |

| | | |
|---|---|---|
| **Bridgestone Americas, Inc.** | Wilson, NC | Passenger/light truck tires |
| **Bridgestone Americas, Inc.** | Akron, OH | Racing Tires |
| **Bridgestone Americas, Inc.** | Graniteville (Aiken), SC | Passenger/light truck tires |
| **Bridgestone Americas, Inc.** | Trenton, SC | Off-the-road radial tires |
| **Bridgestone Americas, Inc.** | La Vergne, TN | Truck and bus tires |
| **Bridgestone Americas, Inc.** | Morrison (Warren), TN | Truck and bus tires |
| **Bridgestone Americas, Inc.** | Abilene, TX | Tread rubber and Retreading Materials |

## CONTACT INFORMATION

**Bridgestone Americas, Inc.**

200 4th Ave S
Nashville, Buenos Aires 1842

(615)
937-1000

*(http://www.BridgestoneAmericas.com)*

bridgestoneamericas.com

---

*(http://www.bridgestonetire.com/customer-care/tire-registration)*

Tire Registration

*(http://www.bridgestone.com/responsibilities/index.html)*

Sustainability Information

*(https://www.bridgestoneamericas.com/en/tire-recall-information)*

Tire Recall Information



1400 K Street, NW, Suite 900
Washington, DC 20005
202.682.4800
info@ustires.org
©2020, U.S. Tire Manufacturers Association