# Exhibit 10



TOPIC / CATEGORY > TOPICS

# Michelin Will Raise Consumer, Commercial Prices on Feb. 1

Michelin North America, Inc., has announced price increases up to 5% on select Michelin and BFGoodrich brand passenger and light truck tires, as well as on select commercial truck tires, "due to changing business dynamics of the U.S. market."

Michelin North America, Inc., has announced price increases up to 5% on select Michelin and BFGoodrich brand passenger and light truck tires, as well as on select commercial truck tires, "due to changing business dynamics of the U.S. market."

This increase will be effective on Feb. 1, 2021, and comes on the heels of an earlier price increase on Uniroyal brand passenger and light truck products that went into effect in November.

"Price changes may vary across specific products within each brand portfolio," say Michelin officials. "Details will be presented directly to dealers and fleet customers with additional questions addressed directly through account managers."

**Source URL:** https://www.moderntiredealer.com/topic-category/topics/article/11475158/michelin-will-raise-consumer-commercial-prices-on-feb-1-2020-12-19