# Exhibit 12



TOPICS > INDUSTRY NEWS

# Continental Plans Price Hike on PLT Tires

Continental Tire the Americas LLC will increase the price of "select" passenger and light truck tires in the U.S. within the Continental and General brands.

Continental Tire the Americas LLC will increase the price of "select" passenger and light truck tires in the U.S. within the Continental and General brands.

The increases will be effective March 1, the company said, and they will vary across products and brand. Dealers who buy direct from Continental can expect to receive information about the price hike before Feb. 1.

**Source URL:** https://www.moderntiredealer.com/topics/industry-news/article/11474953/continental-plans-price-hike-on-plt-tires-2021-01-06