# Exhibit 13



TOPICS  ›  INDUSTRY NEWS

# Goodyear to Increase Consumer Tire Prices

Goodyear Tire & Rubber Co. will raise prices of its Goodyear, Dunlop and Kelly-brand consumer tires on April 1.

Goodyear Tire & Rubber Co. will raise prices of its Goodyear, Dunlop and Kelly-brand consumer tires on April 1.

The tiremaker says the price hike will be up to 8%.

Goodyear says the increases "are in response to changing market dynamics in the industry and reflect the strong value of the Goodyear brands."

**Source URL:** https://www.moderntiredealer.com/topics/industry-news/article/11473768/goodyear-to-increase-consumer-tire-prices-2021-03-03