# Exhibit 14

3/12/24, 9:41 AM
moderntiredealer.com/print/content/11473824
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-15, PageID.834    Filed 03/12/24    Page 2 of 3



TOPIC / CATEGORY > TOPICS

# Michelin Will Raise Consumer Tire Prices on April 1

Michelin North America Inc. will increase prices on select Michelin, BFGoodrich and Uniroyal passenger and light truck tires up to 8% on April 1 in both the United States and Canada.

Michelin North America Inc. will increase prices on select Michelin, BFGoodrich and Uniroyal passenger and light truck tires up to 8% on April 1 in both the United States and Canada.

Michelin also will raise prices on select urban delivery offerings up to 8% on April 1.

The hikes "are due to changing business dynamics and rising costs of raw materials," say Michelin officials.

"Price changes may vary across specific products within each brand portfolio. Details will be presented directly to dealers and urban fleet customers, with additional questions addressed directly through account managers."

3/12/24, 9:40 AM
moderntiredealer.com/print/content/11473824
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-15, PageID.835    Filed 03/12/24    Page 3 of 3

**Source URL:** https://www.moderntiredealer.com/topic-category/topics/article/11473824/michelin-will-raise-consumer-tire-prices-on-april-1-2021-03-01