# Exhibit 15



TOPIC / CATEGORY > TOPICS

# Pirelli Will Raise Prices in U.S. on April 15

Pirelli Tire North America Inc. will raise prices on its passenger and light truck tires in the United States up to 7%, effective April 15. Increases will vary by tire line and size.

Pirelli Tire North America Inc. will raise prices on its passenger and light truck tires in the United States up to 7%, effective April 15. Increases will vary by tire line and size.

"The increases are due to the higher price of raw materials and changing market conditions," say Pirelli officials.

"Members of the Pirelli sales team will contact customers to provide more detailed information about the changes."

**Source URL:** https://www.moderntiredealer.com/topic-category/topics/article/11473594/pirelli-will-raise-prices-in-us-on-april-15-2021-03-09