# Exhibit 16



SITE PLACEMENT  >  FEATURED STORIES

# Bridgestone to Raise Consumer Tire Prices on May 1

Bridgestone Americas Inc. will raise prices on select Bridgestone and Firestone brand passenger and light truck tires up to 8% in the United States and Canada due to "increased business costs and other market dynamics."

Bridgestone Americas Inc. will raise prices on select Bridgestone and Firestone brand passenger and light truck tires up to 8% in the United States and Canada due to "increased business costs and other market dynamics."

The price hike will take place on May 1 and will include adjustments "at the article and pattern level," according to Bridgestone officials.

"Members of the Bridgestone consumer replacement tire sales team are contacting customers to provide more detailed information about the changes."

Bridgestone is raising prices on its entire Bridgestone brand commercial truck tire and Bandag retread portfolio in the U.S. and Canada up to 8% on April 1. Hikes will vary based on channel, according to Bridgestone.

**Source URL:** https://www.moderntiredealer.com/site-placement/featured-stories/article/11473222/bridgestone-to-raise-consumer-tire-prices-on-may-1-2021-03-24