# Exhibit 17

3/12/24, 9:48 AM
modern tire dealer.com/print/content/11472039
Case 2:24-cv-10632-TGB-KGA ECF No. 1-18, PageID.843 Filed 03/12/24 Page 2 of 3



TOPICS  >  INDUSTRY NEWS

# Goodyear Plans Another Consumer Tire Price Hike

Goodyear Tire & Rubber Co. will increase consumer tire prices on June 1.

Goodyear Tire & Rubber Co. will increase consumer tire prices on June 1.

Goodyear says the price hike will affect Goodyear, Dunlop and Kelly consumer tires. Prices will increase by up to 8%.

"These increases are in response to changing market dynamics in the industry and reflect the strong value of the Goodyear brands," the company said. Goodyear provided identical wording in March when it announced an 8% price hike that went into effect on April 1.

**Source URL:** https://www.moderntiredealer.com/topics/industry-news/article/11472039/goodyear-plans-another-consumer-tire-price-hike