# Exhibit 18



TOPIC / CATEGORY  >  TOPICS

# Continental Will Raise Consumer Tire Prices in July

Continental Tire the Americas LLC will raise prices on select Continental and General brand passenger and light truck tires in the United States, effective July 1.

Continental Tire the Americas LLC will raise prices on select Continental and General brand passenger and light truck tires in the United States, effective July 1.

Increases will vary "across specific products by brand," according to Continental officials.

Details of the increase will be made available "to direct customers by June 1, 2021."

**Source URL:** https://www.moderntiredealer.com/topic-category/topics/article/11471940/continental-will-raise-consumer-tire-prices-in-july-1-2021-05-05