# Exhibit 19



TOPICS  >  INDUSTRY NEWS

# Pirelli Plans Another Price Hike

Pirelli Tire North America Inc. will raise tire prices on July 1.

Pirelli Tire North America Inc. will raise tire prices on July 1.

Prices of passenger and light truck tires will increase by up to 6%, varying by line and tire size. Pirelli says the increases are due to the higher price of raw materials and changing market conditions. Pirelli earlier had raised prices by up to 7% on April 15.

Pirelli sales team members will contact the tiremaker's customers to provide more detailed information.

**Source URL:** https://www.moderntiredealer.com/topics/industry-news/article/11471596/pirelli-plans-another-price-hike