# Exhibit 20







Home / News / International News / Michelin announces North America price increases



# Michelin announces North America price increases

Date: 3rd August 2021     Author: Stephen Goodchild

Comments: 0



The price of certain aftermarket Michelin, BFGoodrich and Uniroyal passenger and light truck tyres will rise by up to eight per cent in the USA and Canada from 1 September. Prices for on- and off-road commercial

**RELATED TAGS**

Canada, Michelin, Michelin North America, North America, price increase, prices, USA



**TOP FIVE ARTICLES THIS WEEK**



Sumitomo Rubber Industries interested in Dunlop brand for Europe, North America

posted on February 21, 2024

Bond International completes purchase of

3/12/24, 9:44 AM
Michelin announces North America price increases - Tyrepress
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-21, PageID.853    Filed 02/12/24    Page 3 of 3

tyres will increase by as much as 14 per cent, while prices for motorcycle tyres will be up to four per cent higher from the start of next month.

Michelin North America states it has adjusted the pricing for its tyres in response to "market dynamics." It adds that price changes may vary across specific products within each brand portfolio.

## Related News:

1. **Michelin increasing prices in North America**
2. **North American launch for Agilis CrossClimate**
3. **Michelin raising tyre prices in USA, Canada**
4. **US tyre makers urge climate change action**

## COMMENTS

Comments closed

### SHARE THIS ENTRY




Central Scotland warehouse
posted on March 6, 2024


Yokohama previews new Geolandar A/T4, shows Geolandar CV S4 in Swedish arctic
posted on March 7, 2024


Goodyear closing plant in Malaysia
posted on March 8, 2024


Premium trio top Auto Bild summer tyre test
posted on March 11, 2024

© 2020 - Tyrepress