# Exhibit 21



TOPICS > NEWS

# Goodyear and Cooper Consumer Tire Prices Are Going Up

Goodyear Tire & Rubber Co. will increase consumer tire prices for the fourth time in less than a year. The next increase will go into effect on Sept. 1.

Ratchet+Wrench Staff Reporters

Aug. 10, 2021—Goodyear Tire & Rubber Co. will increase consumer tire prices for the fourth time in less than a year. The next increase will go into effect on Sept. 1.

Goodyear Chairman, CEO and President Rich Kramer told investors during the latest earnings call that consumer tire prices will increase up to eight percent with this latest pricing action.

The action will cover passenger and light truck tires from both Goodyear and the recently-acquired Cooper Tire and Rubber Co. It is the fourth price increase in less than a year.

**Source URL:** https://www.ratchetandwrench.com/topics/news/article/11463860/goodyear-and-cooper-consumer-tire-prices-are-going-up-modern-tire-dealer