# Exhibit 22





News

# Continental Tire Announces Price Increase

The increases on select tires will take effect Oct. 1 and will vary across specific products by brand.



By **Danielle Hess**

*Danielle Hess is Senior Editor of Tire Review. She is responsible for researching, writing and editing articles, as well as executing videos for Tire Review and engaging with the brand's audience on social media. She is a graduate of Kent State University with a bachelor's degree in journalism.*

Published: August 30, 2021

Continental Tire the Americas has announced price increases on some Continental and General passenger and light truck tires in the U.S. market. The increases will be effective Oct. 1 and will vary across specific products by

brand. Details of the increase will be made available to direct customers by Sept. 1.

**Related Articles**

- McCarthy Tire Service promotes new VP of human resources
- Bridgestone to supply 15 Daytona 200 riders with BattlAx tires
- General Tire reveals spring promotion for G-Max, AltiMax tires

Tags: Continental Tire, price increase

 Print

**You May Also Like**


**SRNA promotes new director of OE for four-wheel and two-wheel businesses**


**GRI appoints Barry Guildford as global commercial director**


**Goodyear reveals 40th Goodyear Highway Hero winners**


**Atturo launches 'Atturo is the Answer' TV commercial campaign**

News

# Roger's Tire Service focuses on customer service and community relationships

Roger's Tire Service does things a bit differently. Your first hint: the business performs daily operations out of a barn.

 By **Christian Hinton**

Published: March 8, 2024



For an average consumer, a tire shop or dealership is probably a facility with multiple technicians, lifts and tire service equipment; they may even think of a specific shop with multiple service bays and locations.

While these things may sound like characteristics of a "normal" tire shop or dealership, Roger's Tire Service, does things a bit differently. That all starts with the owner, Roger Pitchford. Your first hint could be the fact that Roger, a tire industry veteran with over 35 years of experience, opened a shop in under three weeks in 2021.

**READ FULL ARTICLE**

## More News Posts



### Toyo Tire reports $3.6B in 2023 net sales

Toyo increased net sales by 11.2%, operating income by 74.6% and ordinary income by 68.6% over 2022.

By Christian Hinton    March 7, 2024



### BendPak releases new SP-7XE Series of full-rise scissor lifts

BendPak said SP-7XE Series lifts can raise most passenger vehicles and light trucks nearly 6 feet and they fold flat when not in use.

By Christian Hinton    March 7, 2024



### BFGoodrich to be the title sponsor of the Mint 400 off-road race

BFGoodrich has been involved in the Mint 400 since its inception in 1968 and has been the title sponsor since 2017.

By Christian Hinton    March 6, 2024



### Michelin reaches settlement to protect BFGoodrich KO2 tire IP rights

The suit identified certain remolded tire products produced and sold by Techno Pneu as infringing upon Michelin's design patent.

By Christian Hinton    March 6, 2024

## Other Posts



### Quality replacement parts matter more than ever

As cars get fancier and more advanced, you need components that are tougher and more reliable.

By Joe Keene   March 11, 2024



### The heroics of anti-lock braking systems

ABS plays a vital role in maintaining vehicle stability and control during braking.

By Joe Keene   March 7, 2024



**Yokohama Rubber reported 14.5% increase in 2023 sales revenue**

The company says it broke several performance records.

By Christian Hinton    March 6, 2024



**Point S executives detail their secrets to record growth, member success**

Walter Lybeck, Point S CEO, and Clint Young, Point S president and COO, gave Tire Review some insight into the company's goals in 2024.

By Christian Hinton    March 6, 2024

## SUBSCRIBE TO OUR NEWSLETTER
Get the latest update from our eNewsletters

SUBSCRIBE    RENEW

## OUR BRANDS
Visit our other Brands to drive your success

Tire Review providing expert tire- and service-related content daily.

**LOCATION**

Babcox Media Inc
3550 Embassy Parkway
Akron, OH 44333-8318

p: (330) 670-1234
f: (330) 670-0874
e: info@babcox.com

Advertise

Contact Us

About Babcox Media

Content Submission

**CONNECT WITH US**

    



## ALSO OF INTEREST

Michelin Releases New Pilot Sport 4S Tire Sizes

7 Brake Hardware Items Not to Be Neglected

100 Years of Cooper Tire & Rubber Co.

Privacy Policy   Terms of Use
Copyright 2024 Babcox Media Inc. All rights reserved