# Exhibit 23



LOGIN    REGISTER    SUBSCRIBE

MENU ≡

Home > Tire

August 31, 2021 02:00 PM

# Pirelli raising prices for fourth time in 2021

TIRE BUSINESS REPORT

TWEET  SHARE  SHARE  EMAIL



ROME, Ga.—Pirelli Tire North America Inc. is planning to raise prices in the U.S. on car and light truck tires for a fourth time in 2021, this time by up to 8 percent, effective Oct. 1.

Pirelli cited higher prices of raw materials and changing market conditions as the reasons for the increase. Members of the Pirelli sales team will contact customers to provide more detailed information about the changes.

Pirelli's other increase were:

- July 1—up to 6 percent, varying by line and tire size, in the U.S.
- April 15—by up to 7 percent, varying by line and tire size, in the U.S.
- Jan. 1—by undisclosed amounts, in the U.S.

## Most Popular

**1**  AirBoss narrows focus, restructures after

| | | |
|---|---|---|
| | | challenging 2023 |
| | 2 | Wacker employees shine with 'Presidential Spotlight' award |
| | 3 | Goodyear's Moorhead and Perangin-angin honored as 'outstanding women in manufacturing' |
| | 4 | International Women's Day: 4 women who are inspiring, leading |
| | 5 | Chemours report says CEO, CFO improperly shifted payments to boost compensation |

## SIGN UP FOR NEWSLETTERS

- ☐ Daily Newsmail
- ☐ Breaking News
- ☐ Rubber in Automotive
- ☐ Silicone News
- ☐ Latex News
- ☐ Most Read Stories
- ☐ Data Store
- ☐ K Show News
- ☐ RN Events
- ☐ RN Webinars and Livestreams

**EMAIL ADDRESS**

[                    ]  **SUBMIT**

*Letter — to the — Editor*

**Rubber News wants to hear from its readers. If you want to express your opinion on a story or issue, email your letter to Editor Bruce Meyer at bmeyer@crain.com.**

## GET OUR NEWSLETTERS

Staying current is easy with Rubber News delivered straight to your inbox, free of charge.

Enter Business Email | **SIGN UP NOW**

## SUBSCRIBE TODAY

Subscribe to Rubber News to get the best coverage and leading insights in the industry.

**SUBSCRIBE**

## CONNECT WITH US

  

### MISSION

*To serve companies in the global rubber product industry by delivering news, industry insights, opinions and technical information.*

# Rubber News

## CONTACT US

2291 Riverfront Pkwy, Suite 1000
Cuyahoga Falls,
OH 44221

Customer Service:
877-320-1726

## RESOURCES

About Us

Privacy Request

Digital Edition

Terms of Service

Staff

Careers

Advertise

Ad Choices

Order Reprints

Sitemap

Privacy Policy

## PARTNER SITES

Tire Business

European Rubber Journal

Plastics News

Urethanes Technology

Automotive News

Crain Brands



Copyright © 1996-2024. Crain Communications, Inc. All Rights Reserved.