# Exhibit 24



News

# Continental Tire Announces Price Increase

The increases go into effect Jan. 3 and will vary across specific products by brand.



By **Madeleine Winer**

*Madeleine Winer is Editor of Tire Review magazine. She joined the Tire Review staff as a senior editor in 2017. Before joining the tire industry, she worked as a producer and reporter at the Louisville Courier Journal. She is a graduate of Kent State University with a bachelor's degree in journalism and speaks Spanish fluently.*

Published: November 9, 2021





[Continental Tire the Americas](#), LLC announced it will increase prices on select Continental and General passenger and light truck tires in the U.S. market.

---

**Related Articles**

- Pilot to add 30 Southern Tire Mart shops to its travel center network

- McCarthy Tire Service promotes new VP of human resources

- Bridgestone to supply 15 Daytona 200 riders with BattlAx tires

---



These increases go into effect Jan. 3, 2022 and will vary across specific products by brand. Details of the increase will be made available to direct customers by Dec. 1.

Tags: Continental Tire, General Tire, price increase

🖨 Print

**You May Also Like**



**General Tire reveals spring promotion for G-Max, AltiMax tires**



**SRNA promotes new director of OE for four-wheel and two-wheel businesses**



**GRI appoints Barry Guildford as global commercial director**



**Goodyear reveals 40th Goodyear Highway Hero winners**

---

News

# Atturo launches 'Atturo is the Answer' TV commercial campaign

**The campaign introduces the character Atturo Andy, a tire salesperson whose expertise in Atturo's lineup makes him the go-to for tire advice.**

 By **Christian Hinton**

Published: March 8, 2024



Atturo Tires recently launched its national television commercial campaign, which marks Atturo's fourth series of national TV commercials. The theme of the new campaign is, "Atturo is the Answer." The company said the heart of the campaign introduces the character Atturo Andy, a tire salesperson whose expertise in Atturo's lineup makes him the go-to for tire advice.

READ FULL ARTICLE



## More News Posts



**Roger's Tire Service focuses on customer service and community relationships**

Roger's Tire Service does things a bit differently. Your first hint: the business performs daily operations out of a barn.

By Christian Hinton  March 8, 2024



**Toyo Tire reports $3.6B in 2023 net sales**

Toyo increased net sales by 11.2%, operating income by 74.6% and ordinary income by 68.6% over 2022.

By Christian Hinton  March 7, 2024



### BendPak releases new SP-7XE Series of full-rise scissor lifts

BendPak said SP-7XE Series lifts can raise most passenger vehicles and light trucks nearly 6 feet and they fold flat when not in use.

By Christian Hinton    March 7, 2024



### BFGoodrich to be the title sponsor of the Mint 400 off-road race

BFGoodrich has been involved in the Mint 400 since its inception in 1968 and has been the title sponsor since 2017.

By Christian Hinton    March 6, 2024



## Other Posts



**Quality replacement parts matter more than ever**

As cars get fancier and more advanced, you need components that are tougher and more reliable.

By Joe Keene    March 11, 2024



## The heroics of anti-lock braking systems

ABS plays a vital role in maintaining vehicle stability and control during braking.

By Joe Keene     March 7, 2024



## Michelin reaches settlement to protect BFGoodrich KO2 tire IP rights

The suit identified certain remolded tire products produced and sold by Techno Pneu as infringing upon Michelin's design patent.

By Christian Hinton     March 6, 2024



**Yokohama Rubber reported 14.5% increase in 2023 sales revenue**

The company says it broke several performance records.

By Christian Hinton          March 6, 2024

# SUBSCRIBE TO OUR NEWSLETTER

Get the latest update from our eNewsletters

SUBSCRIBE          RENEW

## OUR BRANDS

Visit our other Brands to drive your success




Tire Review providing expert tire- and service-related content daily.

**LOCATION**

Babcox Media Inc
3550 Embassy Parkway
Akron, OH 44333-8318

p: (330) 670-1234
f: (330) 670-0874
e: info@babcox.com

Advertise

Contact Us

About Babcox Media

Content Submission

**CONNECT WITH US**

    



## ALSO OF INTEREST

Michelin Releases New Pilot Sport 4S Tire Sizes

7 Brake Hardware Items Not to Be Neglected

100 Years of Cooper Tire & Rubber Co.

Privacy Policy   Terms of Use

Copyright 2024 Babcox Media Inc. All rights reserved