# Exhibit 25

# Michelin Implements Price Increase Across Passenger Brands and Commercial Offers in North American Market



NEWS PROVIDED BY
**Michelin North America, Inc. →**
01 Dec, 2021, 09:01 ET

GREENVILLE, S.C., Dec.1, 2021 /PRNewswire/ -- Michelin North America, Inc., has announced price increases up to 12% on select MICHELIN®, BFGOODRICH® and UNIROYAL® passenger and light truck replacement tires, up to 5% on motorcycle tires, and up to 16% on both on- and off-road commercial tire and service offers due to market dynamics. These increases will be effective Jan. 1, 2022, in the United States and Canada. These updated prices will come into effect for orders invoiced starting on Jan. 1, 2022.

Price changes may vary across specific products within each brand portfolio. Details will be presented to dealers, end-users and commercial equipment manufacturers by Dec. 15 with additional questions addressed directly through account managers.

**About Michelin North America**
Michelin, the leading mobility company, is dedicated to enhancing its customers' mobility, and sustainably; designing and distributing the most innovative tires, services and solutions for its customers' needs; providing digital services, maps and guides to help enrich trips and travels

and make them unique experiences; and developing high-technology materials that serve a variety of industries. Headquartered in Greenville, South Carolina, Michelin North America has approximately 23,000 employees and operates 34 production facilities in the United States and Canada. (**michelinman.com**)

SOURCE Michelin North America, Inc.