# Exhibit 26



News

# Pirelli Announces Price Increases for Car, Light Truck Tires

The price increase is due to changing market conditions and will take effect on Jan. 17, 2022.



By **Danielle Hess**

*Danielle Hess is Senior Editor of Tire Review. She is responsible for researching, writing and editing articles, as well as executing videos for Tire Review and engaging with the brand's audience on social media. She is a graduate of Kent State University with a bachelor's degree in journalism.*

Published: January 3, 2022



Pirelli announced price increases in the United States for car and light truck tires. Taking effect Jan. 17, 2022, the increases will be up to 10%, varying by line and tire size. The increases are due to changing market conditions. Members of the Pirelli sales team will contact customers to provide more detailed information about the changes, the company said.

**Related Articles**

- McCarthy Tire Service promotes new VP of human resources

- Bridgestone to supply 15 Daytona 200 riders with BattlAx tires

- General Tire reveals spring promotion for G-Max, AltiMax tires

Tags: Pirelli, price increase

 Print

## You May Also Like

   

**SRNA promotes new director of OE for four-wheel and two-wheel businesses**

**GRI appoints Barry Guildford as global commercial director**

**Goodyear reveals 40th Goodyear Highway Hero winners**

**Atturo launches 'Atturo is the Answer' TV commercial campaign**



News

# Roger's Tire Service focuses on customer service and community relationships

**Roger's Tire Service does things a bit differently. Your first hint: the business performs daily operations out of a barn.**

 By **Christian Hinton**

Published: March 8, 2024



For an average consumer, a tire shop or dealership is probably a facility with multiple technicians, lifts and tire service equipment; they may even think of a specific shop with multiple service bays and locations.

While these things may sound like characteristics of a "normal" tire shop or dealership, Roger's Tire Service, does things a bit differently. That all starts with the owner, Roger Pitchford. Your first hint could be the fact that Roger, a tire industry veteran with over 35 years of experience, opened a shop in under three weeks in 2021.

READ FULL ARTICLE

## More News Posts



## Toyo Tire reports $3.6B in 2023 net sales

Toyo increased net sales by 11.2%, operating income by 74.6% and ordinary income by 68.6% over 2022.

By Christian Hinton    March 7, 2024



## BendPak releases new SP-7XE Series of full-rise scissor lifts

BendPak said SP-7XE Series lifts can raise most passenger vehicles and light trucks nearly 6 feet and they fold flat when not in use.

By Christian Hinton    March 7, 2024



## BFGoodrich to be the title sponsor of the Mint 400 off-road race

BFGoodrich has been involved in the Mint 400 since its inception in 1968 and has been the title sponsor since 2017.

By Christian Hinton    March 6, 2024



## Michelin reaches settlement to protect BFGoodrich KO2 tire IP rights

The suit identified certain remolded tire products produced and sold by Techno Pneu as infringing upon Michelin's design patent.

By Christian Hinton    March 6, 2024

## Other Posts



**Yokohama Rubber reported 14.5% increase in 2023 sales revenue**

The company says it broke several performance records.

By Christian Hinton    March 6, 2024



**Point S executives detail their secrets to record growth, member success**

Walter Lybeck, Point S CEO, and Clint Young, Point S president and COO, gave Tire Review some insight into the company's goals in 2024.

By Christian Hinton    March 6, 2024



### Yokohama joins non-profit promoting standardization, access to tire data

As a GDSO member, Yokohama Rubber said it will comply with industry standards promoting individual tire identification management.

By Christian Hinton          March 5, 2024



### BendPak enters distribution partnership with Expert Automotive Equipment

Expert Automotive Equipment will distribute a range of BendPak products, including car lifts, tire changers and wheel balancers.

By Christian Hinton          March 4, 2024

## SUBSCRIBE TO OUR NEWSLETTER

Get the latest update from our eNewsletters

## SUBSCRIBE        RENEW

## OUR BRANDS
Visit our other Brands to drive your success




Tire Review providing expert tire- and service-related content daily.

**LOCATION**

Babcox Media Inc
3550 Embassy Parkway
Akron, OH 44333-8318

p: (330) 670-1234
f: (330) 670-0874
e: info@babcox.com

Advertise

Contact Us

About Babcox Media

Content Submission

**CONNECT WITH US**

   



## ALSO OF INTEREST

Pirelli Now Producing Full Line-up in China

Falken Tires Announces Price Increase, Dealer...

Tire Dealers Tell Us How They're Dealing with...

Privacy Policy   Terms of Use
Copyright 2024 Babcox Media Inc. All rights reserved