# Exhibit 27



News

# Continental Tire Announces Price Increase



By **Christian Hinton**

Published: March 1, 2022



Continental Tire announced price increases on select Continental and General passenger and light truck tires in the U.S. market. These increases will be effective April 1, 2022 and will vary across specific products by brand. Details of the price increase will be made available to direct customers by March 1, 2022.

**Related Articles**

- McCarthy Tire Service promotes new VP of human resources
- Bridgestone to supply 15 Daytona 200 riders with BattlAx tires

3/12/24, 9:55 AM
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-28, PageID.902   Filed 03/12/24   Page 3 of 10
Continental Tire announces price increase

- General Tire reveals spring promotion for G-Max, AltiMax tires

Tags: **Continental**, **Continental Tire**, **price increase**

 **Print**

### You May Also Like


**SRNA promotes new director of OE for four-wheel and two-wheel businesses**


**GRI appoints Barry Guildford as global commercial director**


**Goodyear reveals 40th Goodyear Highway Hero winners**


**Atturo launches 'Atturo is the Answer' TV commercial campaign**

News

# Roger's Tire Service focuses on customer service and community relationships

Roger's Tire Service does things a bit differently. Your first hint: the business performs daily operations out of a barn.

 By **Christian Hinton**

Published: March 8, 2024



For an average consumer, a tire shop or dealership is probably a facility with multiple technicians, lifts and tire service equipment; they may even think of a specific shop with multiple service bays and locations.

While these things may sound like characteristics of a "normal" tire shop or dealership, Roger's Tire Service, does things a bit differently. That all starts with the owner, Roger Pitchford. Your first hint could be the fact that Roger, a tire industry veteran with over 35 years of experience, opened a shop in under three weeks in 2021.

**READ FULL ARTICLE**

**More News Posts**



### Toyo Tire reports $3.6B in 2023 net sales

Toyo increased net sales by 11.2%, operating income by 74.6% and ordinary income by 68.6% over 2022.

By Christian Hinton    March 7, 2024



### BendPak releases new SP-7XE Series of full-rise scissor lifts

BendPak said SP-7XE Series lifts can raise most passenger vehicles and light trucks nearly 6 feet and they fold flat when not in use.

By Christian Hinton    March 7, 2024

3/12/24, 9:55 AM
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-28, PageID.905    Filed 03/12/24    Page 6 of 10
Continental Tire announces price increase



### BFGoodrich to be the title sponsor of the Mint 400 off-road race

BFGoodrich has been involved in the Mint 400 since its inception in 1968 and has been the title sponsor since 2017.

By Christian Hinton    March 6, 2024



### Michelin reaches settlement to protect BFGoodrich KO2 tire IP rights

The suit identified certain remolded tire products produced and sold by Techno Pneu as infringing upon Michelin's design patent.

By Christian Hinton    March 6, 2024

## Other Posts

3/12/24, 9:55 AM
Case 2:24-cv-10632-TGB-KGA  ECF No. 1-28, PageID.906  Filed 03/12/24  Page 7 of 10
Continental Tire announces price increase



### Quality replacement parts matter more than ever

As cars get fancier and more advanced, you need components that are tougher and more reliable.

By Joe Keene    March 11, 2024



### Understanding the OAD pulley

Discover the ins and outs of OAD pulleys, their role in belt drive systems and learn the tricks of diagnosis and replacement.

By Tire Review Staff    March 7, 2024



### The heroics of anti-lock braking systems

ABS plays a vital role in maintaining vehicle stability and control during braking.

By Joe Keene    March 7, 2024



### Yokohama Rubber reported 14.5% increase in 2023 sales revenue

The company says it broke several performance records.

By Christian Hinton    March 6, 2024

## SUBSCRIBE TO OUR NEWSLETTER
Get the latest update from our eNewsletters

**SUBSCRIBE**    **RENEW**

## OUR BRANDS
Visit our other Brands to drive your success




Tire Review providing expert tire- and service-related content daily.

**LOCATION**

Babcox Media Inc
3550 Embassy Parkway
Akron, OH 44333-8318

p: (330) 670-1234
f: (330) 670-0874
e: info@babcox.com

Advertise

Contact Us

About Babcox Media

Content Submission

**CONNECT WITH US**

    



## ALSO OF INTEREST

Michelin Releases New Pilot Sport 4S Tire Sizes

7 Brake Hardware Items Not to Be Neglected

100 Years of Cooper Tire & Rubber Co.

Privacy Policy   Terms of Use
Copyright 2024 Babcox Media Inc. All rights reserved