# Exhibit 28

3/12/24, 9:56 AM	Michelin Implements Price Increase Across Passenger Brands and Commercial Offers in North American Market :: Michelin North …

Case 2:24-cv-10622-TGB-KGA ECF No. 1-29, PageID.911 Filed 03/12/24 Page 2 of 3





POSTED ON MARCH 01, 2022

# MICHELIN IMPLEMENTS PRICE INCREASE ACROSS PASSENGER BRANDS AND COMMERCIAL OFFERS IN NORTH AMERICAN MARKET

**GREENVILLE, S.C., March 1, 2022 —** Michelin North America is announcing price increases across its brands up to 5% on the majority of select passenger and light truck replacement tires, up to 9% on motorcycle tires, up to 8% on on-road (only 19.5 rim diameter and smaller) commercial tires and up to

3/12/24, 9:56 AM    Michelin Implements Price Increase Across Passenger, Brands and Commercial Offers in North American Market | Michelin North …

Case 2:24-cv-10622-TGB-KGA ECF No. 1-29, PageID.912 Filed 03/12/24 Page 3 of 3

19% on off-road tires due to market dynamics. Tread rubber and associated supplies will increase up to 6% across all brands and retread networks.

These increases will be effective on orders invoiced starting April 1, 2022, in the United States and Canada.

Passenger and light truck replacement winter tire price increases were communicated Feb. 2, 2022. There is not an additional increase to winter tires.

Price changes may vary across specific products within each brand portfolio. Details will be presented to dealers, end-users and commercial equipment manufacturers by March 15 with additional questions addressed directly through account managers.

## CATEGORY:

**Car & Light Truck**, **Tweel**, **Truck (Freight, RV, Retread)**, **Aircraft**, **Agriculture**, **Mining And Quarries**, **Bicycle**, **Motorcycle/Powersports**, **Services & Solutions**, **Construction/Industrial**

## TAGS:

**Price Increase**