# Exhibit 31



LOGIN    REGISTER    SUBSCRIBE    CURRENT ISSUE

MENU ≡

Home › News

April 19, 2022 09:48 AM

# Conti to raise U.S. tire prices again

Tire Business

TWEET    SHARE    SHARE    EMAIL



Fort Mill, S.C. — Continental Tire the Americas L.L.C. is raising prices on its Continental- and General-branded passenger and light truck tires in the U.S. market, effective June 1.

Conti said increases will vary across specific products by brand, but did not disclose percentages. The details of the increase will be available to direct customers, the tire maker said, by May 2.

This marks the second increase in two months on Continental- and General-brand passenger and light truck tires in the U.S. market. The first price increase became effective

April 1.

The increase is Conti's sixth in the past 16 months. Conti previously raised prices on Conti- and General-brand consumer tires on Jan. 3, Oct. 1, July 1 and March 1, each time by undisclosed amounts

Conti's Hoosier Racing Tire Corp. business unit raised prices Sept. 1 on select Hoosier-brand race and street tire products up to 15%.

---

RELATED ARTICLE



Conti producing tires made with recycled PET



Will commercial tire market growth peak in 2022?

---

## Most Popular

| 1 | Goodyear to close Malaysian tire plant |
| 2 | Exxpress unveils rebrand, new dealer loyalty program |
| 3 | Turbo launches new tire lineup |

| 4 | Bridgestone to upgrade Spain plant's premium output |
|---|---|
| 5 | FullSpeed plans to take Kwik Kar franchise nationwide |

## SIGN UP FOR NEWSLETTERS

☐ Daily Newsmail

☐ Breaking Alert

☐ Most Read stories

☐ Data Store

☐ Tire Business Webinars and Livestreams

**EMAIL ADDRESS**

[                              ]   SUBMIT

*Letter — to the — Editor*

Do you have an opinion about this story? Do you have some thoughts you'd like to share with our readers? Tire Business would love to hear from you. Email your letter to Editor Don Detore at **ddetore@crain.com.**

## NEWSLETTER CENTER

Staying current is easy with Tire Business delivered straight to your inbox.

[Enter Business Email]   SIGN UP NOW

# SUBSCRIBE TODAY

Subscribe to Tire Business

SUBSCRIBE

---

# CONNECT WITH US

    

---

Our Mission

*Tire Business is an award-winning publication dedicated to providing the latest news, data and insights into the tire and automotive service industries.*

---

# TIRE BUSINESS

## READER SERVICES

Staff                                          Industry Sites

About Us                                    Order Reprints

Site Map                        Customer Service: 877-320-1716

## PARTNER SITES

Rubber News

European Rubber Journal

Automotive News

Plastics News

Urethanes Technology

**RESOURCES**

Advertise

Privacy Policy

Privacy Request

Terms of Service

Media Guide

Editorial Calendar

Classified Rates

Digital Edition

Careers

Ad Choices

CRAIN COMMUNICATIONS
GLOBAL POLYMER GROUP

Copyright © 1996-2024. Crain Communications, Inc. All Rights Reserved.

3/12/24, 9:56 AM
Case 2:24-cv-10632-TGB-KGA ECF No. 1-32, PageID.939 Filed 03/12/24 Page 7 of 8
Conti to raise U.S. tire prices June 1 | Tire Business