# Exhibit 32

3/12/24, 9:58 AM
Michelin Implements Price Increase Across Passenger Brands and Commercial Offers in Canada and the U.S. : Michelin North A…

Case 2:24-cv-10632-TGB-KGA ECF No. 1-33, PageID.942 Filed 03/12/24 Page 2 of 3





POSTED ON MAY 02, 2022

# MICHELIN IMPLEMENTS PRICE INCREASE ACROSS PASSENGER BRANDS AND COMMERCIAL OFFERS IN CANADA AND THE U.S.

**GREENVILLE, S.C., May 2, 2022** — Michelin North America is announcing price increases across its brands ranging from 5 to 12% on the majority of passenger and light truck replacement tires and service offers, up to 9% on motorcycle tires, and up to 12% for on-road and off-road commercial products and service offers.

3/12/24, 9:58 AM  Michelin Implements Price Increase Across Passenger Brands and Commercial Offers in Canada and the U.S. : Michelin North A…

Case 2:24-cv-10622-TGB-KGA ECF No. 1-33, PageID.943 Filed 03/12/24 Page 3 of 3

These increases will be effective on orders invoiced starting June 1, 2022, in the United States and Canada.

Price changes may vary across specific products, channels and countries within each brand portfolio. Details will be presented to dealers, end-users and commercial equipment manufacturers by May 15 with additional questions addressed directly through account managers.

## CATEGORY:

**Car & Light Truck**, **Corporate**, **Truck (Freight, RV, Retread)**, **Aircraft**, **Agriculture**, **Mining And Quarries**, **Bicycle**, **Construction/Industrial**

## TAGS:

**Price Increase**