# Exhibit 34



Home > News

June 15, 2022 10:26 AM

# Goodyear to raise North America tire prices July 1

Tire Business

TWEET    SHARE    SHARE    EMAIL



AKRON — Goodyear is planning to raise prices in the U.S. and Canada on July 1 for all Goodyear- and Cooper-brand consumer tires by up to 10% and on commercial truck tires by up to 6%.

Darren Wells, chief financial officer, cited rising raw-materials and other inflation-impacted costs for the need to raise prices. The changes affect all Goodyear and Cooper flag and associate brands.This will be Goodyear's second price increase of 2022.

Goodyear last raised prices in North America on Jan. 1 — by up to 12% on consumer and up to 14% on commercial/OTR tires across all brands — and prior to that three times in 2021.

- *Subscribe to Tire Business for more award-winning news and insight.*

Goodyear joins six other tire companies that have either raised prices recently or announced price increases for July 1:

- Bridgestone Americas Inc. is raising prices on Bridgestone-, Firestone- and Fuzion-brand passenger, light truck and motorcycle tires in the U.S. and Canada by up to 10%;
- Kumho Tire Canada will raise prices throughout Canada by 5% to 7% on specific all-season passenger and light truck tire lines;
- Sumitomo Rubber North America Inc. plans to raise prices in the U.S. and Canada by an undisclosed amount on Falken-brand passenger, light truck and medium truck tires;
- Yokohama Tire Corp.plans to raise prices in the U.S. on replacement market consumer and commercial tires by an undisclosed amount.

In addition, Pirelli Tire North America Inc. is raising prices on passenger and light truck tires sold in the U.S. by as much as 10%, depending on line and tire size, effective June 15, and Michelin North America increased prices across its brands on June 1 in the U.S. and Canada ranging from 5% to 12% on the majority of passenger and light truck replacement tires and service offers.

### RELATED ARTICLE



**Goodyear: Cooper Tire integration in final stages**



**Goodyear: Airless tires could be commercial ready by 2030**

| **Most Popular** | |
|---|---|
| 1 | **Goodyear to close Malaysian tire plant** |
| 2 | **Exxpress unveils rebrand, new dealer loyalty program** |
| 3 | **Turbo launches new tire lineup** |
| 4 | **Bridgestone to upgrade Spain plant's premium output** |
| 5 | **FullSpeed plans to take Kwik Kar franchise nationwide** |

### SIGN UP FOR NEWSLETTERS

☐ Daily Newsmail



- [ ] Breaking Alert
- [ ] Most Read stories
- [ ] Data Store
- [ ] Tire Business Webinars and Livestreams

EMAIL ADDRESS

SUBMIT

*Letter — to the — Editor*

Do you have an opinion about this story? Do you have some thoughts you'd like to share with our readers? Tire Business would love to hear from you. Email your letter to Editor Don Detore at **ddetore@crain.com**.

## NEWSLETTER CENTER

Staying current is easy with Tire Business delivered straight to your inbox.

Enter Business Email

SIGN UP NOW

## SUBSCRIBE TODAY

Subscribe to Tire Business

SUBSCRIBE

## CONNECT WITH US

Our Mission

Tire Business is an award-winning publication dedicated to providing the latest news, data and insights into the tire and automotive service industries.

# TIRE BUSINESS

## READER SERVICES

Staff

Industry Sites

About Us

Order Reprints

Site Map

Customer Service: 877-320-1716

## PARTNER SITES

Rubber News

European Rubber Journal

Automotive News

Plastics News

Urethanes Technology

## RESOURCES

Advertise

Privacy Policy

Privacy Request

Terms of Service

Media Guide

Editorial Calendar

Classified Rates

Digital Edition

Careers

Ad Choices

CRAIN COMMUNICATIONS
GLOBAL POLYMER GROUP

Copyright © 1996-2024. Crain Communications, Inc. All Rights Reserved.