# Exhibit 35

3/12/24, 10:03 AM
Bridgestone to Increase Consumer Tire Prices in U.S., Canada
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-36, PageID.964    Filed 03/12/24    Page 2 of 11



News

# Bridgestone to Increase Consumer Tire Prices in U.S., Canada



By **Brian Coote**

Published: June 6, 2022



   

Bridgestone will increase prices across its portfolio of consumer tires sold in the U.S and Canada to take effect July 1. The company says this price adjustment is a necessary step as Bridgestone continues to navigate current market dynamics.

### Related Articles

- McCarthy Tire Service promotes new VP of human resources
- Bridgestone to supply 15 Daytona 200 riders with BattlAx tires
- General Tire reveals spring promotion for G-Max, AltiMax tires



Price increases of up to 10% will impact Bridgestone, Firestone and Fuzion passenger, light truck and motorcycle tires. Price adjustments will be made at the pattern and article levels and may vary based on channel, the company says. Members of the Bridgestone Consumer Tire sales teams are contacting customers directly to provide more detailed information about the changes.

Tags: Bridgestone, price increase

 Print

### You May Also Like


**SRNA promotes new director of OE for four-wheel and two-wheel businesses**


**GRI appoints Barry Guildford as global commercial director**


**Goodyear reveals 40th Goodyear Highway Hero winners**


**Atturo launches 'Atturo is the Answer' TV commercial campaign**

News

# Roger's Tire Service focuses on customer service and community relationships

**Roger's Tire Service does things a bit differently. Your first hint: the business performs daily operations out of a barn.**



By **Christian Hinton**

Published: March 8, 2024



For an average consumer, a tire shop or dealership is probably a facility with multiple technicians, lifts and tire service equipment; they may even think of a specific shop with multiple service bays and locations.

While these things may sound like characteristics of a "normal" tire shop or dealership, Roger's Tire Service, does things a bit differently. That all starts with the owner, Roger Pitchford. Your first hint could be the fact that Roger, a tire industry veteran with over 35 years of experience, opened a shop in under three weeks in 2021.

**READ FULL ARTICLE**



## More News Posts



### Toyo Tire reports $3.6B in 2023 net sales

Toyo increased net sales by 11.2%, operating income by 74.6% and ordinary income by 68.6% over 2022.

By Christian Hinton     March 7, 2024



### BendPak releases new SP-7XE Series of full-rise scissor lifts

BendPak said SP-7XE Series lifts can raise most passenger vehicles and light trucks nearly 6 feet and they fold flat when not in use.

By Christian Hinton    March 7, 2024



### BFGoodrich to be the title sponsor of the Mint 400 off-road race

BFGoodrich has been involved in the Mint 400 since its inception in 1968 and has been the title sponsor since 2017.

By Christian Hinton    March 6, 2024



# Michelin reaches settlement to protect BFGoodrich KO2 tire IP rights

The suit identified certain remolded tire products produced and sold by Techno Pneu as infringing upon Michelin's design patent.

By Christian Hinton    March 6, 2024



# Other Posts

3/12/24, 10:03 AM
Case 2:24-cv-10632-TGB-KGA  ECF No. 1-36, PageID.970  Filed 03/12/24  Page 8 of 11
Bridgestone to increase agricultural tire prices in US, Canada



### Yokohama Rubber reported 14.5% increase in 2023 sales revenue
The company says it broke several performance records.

By Christian Hinton    March 6, 2024



### Point S executives detail their secrets to record growth, member success
Walter Lybeck, Point S CEO, and Clint Young, Point S president and COO, gave Tire Review some insight into the company's goals in 2024.

By Christian Hinton    March 6, 2024

3/12/24, 10:08 AM
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-36, PageID.971    Filed 03/12/24    Page 9 of 11
Bridgestone to Increase Consumer Tire Prices in U.S., Canada



### Yokohama joins non-profit promoting standardization, access to tire data

As a GDSO member, Yokohama Rubber said it will comply with industry standards promoting individual tire identification management.

By Christian Hinton     March 5, 2024



### BendPak enters distribution partnership with Expert Automotive Equipment

Expert Automotive Equipment will distribute a range of BendPak products, including car lifts, tire changers and wheel balancers.

By Christian Hinton     March 4, 2024

3/12/24, 10:13 AM
Bridgestone to Increase Consumer Tire Prices in US, Canada
Case 2:24-cv-10632-TGB-KGA   ECF No. 1-36, PageID.972   Filed 03/12/24   Page 10 of 11

## SUBSCRIBE TO OUR NEWSLETTER

Get the latest update from our eNewsletters

SUBSCRIBE          RENEW

### OUR BRANDS
Visit our other Brands to drive your success




Tire Review providing expert tire- and service-related content daily.

**LOCATION**

Babcox Media Inc
3550 Embassy Parkway
Akron, OH 44333-8318

p: (330) 670-1234
f: (330) 670-0874
e: info@babcox.com

Advertise

Contact Us

About Babcox Media

Content Submission

### CONNECT WITH US

   



## ALSO OF INTEREST

Michelin Releases New Pilot Sport 4S Tire Sizes

7 Brake Hardware Items Not to Be Neglected

100 Years of Cooper Tire & Rubber Co.

Privacy Policy   Terms of Use
Copyright 2024 Babcox Media Inc. All rights reserved