# Exhibit 40

**Reconciliation to operating assets in 2022**

| € millions | Automotive | Tires | ContiTech | Contract Manufacturing | Other/ Holding/ Consolidation | Continental Group |
|---|---|---|---|---|---|---|
| **Total assets** | **15,255.7** | **10,800.6** | **4,686.5** | **759.0** | **6,424.9** | **37,926.7** |
| Cash and cash equivalents | – | – | – | – | 2,988.0 | 2,988.0 |
| Short- and long-term derivative instruments, interest-bearing investments | – | – | – | – | 207.3 | 207.3 |
| Other financial assets | 52.0 | 35.0 | 6.1 | 0.3 | 30.5 | 123.9 |
| **Less financial assets** | **52.0** | **35.0** | **6.1** | **0.3** | **3,225.8** | **3,319.2** |
| **Less other non-operating assets** | **−147.0** | **−14.4** | **4.0** | **0.3** | **536.6** | **379.5** |
| Deferred tax assets | – | – | – | – | 2,059.2 | 2,059.2 |
| Income tax receivables | – | – | – | – | 277.6 | 277.6 |
| **Less income tax assets** | **—** | **—** | **—** | **—** | **2,336.8** | **2,336.8** |
| **Segment assets** | **15,350.7** | **10,780.0** | **4,676.4** | **758.4** | **325.7** | **31,891.2** |
| **Total liabilities and provisions** | **8,402.2** | **4,053.5** | **2,015.5** | **272.0** | **9,448.5** | **24,191.7** |
| Short- and long-term indebtedness | – | – | – | – | 7,694.7 | 7,694.7 |
| Other financial liabilities | – | – | – | – | 520.3 | 520.3 |
| **Less financial liabilities** | **—** | **—** | **—** | **—** | **8,215.0** | **8,215.0** |
| Deferred tax liabilities | – | – | – | – | 57.5 | 57.5 |
| Income tax payables | – | – | – | – | 525.7 | 525.7 |
| **Less income tax liabilities** | **—** | **—** | **—** | **—** | **583.2** | **583.2** |
| **Less other non-operating liabilities** | **1,374.1** | **642.8** | **508.5** | **44.8** | **487.7** | **3,057.9** |
| **Segment liabilities** | **7,028.1** | **3,410.7** | **1,507.0** | **227.2** | **162.6** | **12,335.6** |
| **Operating assets** | **8,322.6** | **7,369.3** | **3,169.4** | **531.2** | **163.1** | **19,555.6** |