# Exhibit 49

3/12/24, 10:14 AM
Case 2:24-cv-10632-TGB-KGA   ECF No. 1-50, PageID.1191   Filed 03/12/24   Page 2 of 10
How to Read & Determine Tire Size for Your Vehicle



# DETERMINING TIRE SIZE

Home > Company > Tire Safety > Choosing Tires > Determining Tire Size

## How To Determine Tire Size

Once you have determined it's time to buy tires, you'll need to know what size tires are correct for your vehicle. Depending on what you drive, you may be interested in how to find the right tire for your...

- Sedans or CUV
- Light Trucks or SUV
- Motorcycle
- RV

This information is usually inside your car's doorjamb, in your owner's manual. To ensure your current tire or a replacement tire you may be looking at matches your vehicle's requirements, it will be good for you to understand how tire sizing works. You may have never paid attention to the string of numbers and letters on every tire, but it's a gold mine of information.

If you're unsure of how to read tire measurements from your tire walls, the information and graphics below will tell you how to read tire size, understand and interpret it. If you decide you want to substitute a new size or tire type, consult an authorized tire retailer who can expertly advise you, because many optional tire sizes may have different load capacities and could require wheels of a different rim width or diameter and different inflation pressure.

Not sure you need new tires? Our Tire Replacement Guidance article will help you

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy

OK





## Metric Sizing

Most passenger cars, SUVs and light pickups (1/2 ton and smaller) will come with tires that are either P-Metric or Euro-Metric. For P-Metric tires, you'll see the letter "P" before the number sequence begins: P225/70R16 97H. P-metric is a designation standardized by the Tire and Rim Association for a "passenger car" tire type. For Euro-Metric there will be no preceding letter before the number sequence begins: 225/70R16 98H. Euro-Metric is a designation standardized by the European Tyre and Rim Technical Organization for a "passenger car" tire type. Both P-Metric and Euro-Metric size tires are designed to primarily be used on passenger vehicles, which can include cars, minivans, SUVs, and other light duty pickup trucks.

If your vehicle is an SUV, Pickup truck or van, you might see a different type of size designation on your placard that is specific for heavy duty light trucks and vans, especially common on ¾ ton and larger pickup trucks and vans. There are two common size types in this category, LT-Metric and Euro-Metric Commercial (aka C-type). Both

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy

OK



Commercial, or C-Type is a designation standardized by the European Tyre and Rim Technical Organization for a light truck type tire. Light truck tires are designed to be used on vehicles capable of carrying heavy cargo and are usually only specified by a vehicle manufacturer on vehicles exceeding a certain load capacity.

Other types of tires that fall into the Metric sizing type are Temporary Spares, they start with "T". If you see a size that starts with "ST," that means "special trailer" and is only for use on a trailer.

Regardless of whether you are looking at a P-Metric, Euro-Metric, LT-Metric, Euro-Metric Commercial, T or ST tire the numbers in the size mean the same thing.

## Width

The first number to appear in your tire size information is the width, in millimeters, of the correct tires for your vehicle: P225/70R16 91S.

Tire width always refers to the measurement from one sidewall to another. Thus, a tire with the measurement "P225" is for a passenger vehicle and has a nominal width of 225 millimeters.

## Aspect Ratio

After the slash mark, the next number you see is for the tire's aspect ratio, which essentially tells you how tall your tire's profile is: P225/70R16 91S. Aspect ratios are delivered in percentages. Tire makers calculate the aspect ratio by dividing a tire's height off the rim by its width. If a tire has an aspect ratio of 70, it means the tire's height is 70% of its width.

Lower aspect ratio tires, such as a 60 series, generally offer vehicle handling

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy

OK

3/12/24, 10:14 AM
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-50, PageID.1194    Filed 03/12/24    Page 5 of 10
How to Read & Determine Tire Size for Your Vehicle



- R – Radial
- D or "B" or "-" – Diagonal or Bias Ply

Radial tires are the most common tires on the road in the United States today; thus "R" will usually be shown in the tire size designation. Radial construction means the tire's internal ply cords are oriented in a radial direction, from one bead over to the other, essentially perpendicular to the direction of rotation. You may also occasionally see RF indicating a run flat tire or ZR indicating a tire that is a speed rating higher than V.

## Rim Diameter

The next number is the diameter code, in inches, of the rim onto which the tire can be mounted. For example, a tire with the P225/70R16 91S would fit a rim with a 16-inch diameter.

## Load Index

Load index can be a confusing subject because there are so many different caveats, but we will try to explain everything here.

The next figure after the rim size in the sequence is your tire's load index, which tells us how much weight, in pounds, the tire can support when fully inflated: P225/70R16 91S

We call it the load "index" because the number doesn't tell us the precise number of pounds the tire can carry, at least not by itself. However, the number does correspond to a specific load capacity listed in an index. Beginning with 1 and ending with 150, numbers in the load index represent carrying capacities of 99 to 7385 lbs.

There are two types of load types for passenger tires though, Standard Load and Extra Load. If a tire is Standard Load there will be no markings indicating it but if it is Extra

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy

OK



have a Load Range that is indicated by a letter, such as Load Range E. Load Range is an older term that is still commonly used in the industry so you may hear your tire dealer reference it but the load index numbers are the best way to ensure you have the proper tire.

One important but often misunderstood facet about load index is that the load index numbers between standards organizations (P-Metric vs Euro-Metric) are not necessarily on the same scale. Meaning that two tires in the two different systems that have the same load index number could have different maximum load capacities. This is why it's important to not only look at the load index number but also verify the actual load capacity.

## Speed Rating

The final figure in a tire size sequence is the speed rating, which is indicated by a letter: P225/70R16 91S. Just as your load index number corresponds to a specific load, your speed rating letter corresponds to a particular speed capability based on a standardized laboratory test.

For example, a tire with speed rating "S" is rated for up to 112 mph, while a tire rated "R" is up to 106 mph. Remember that this isn't a recommended cruising speed. Of course, you should always follow legal speed limits on roadways.

Replacement tires must have the same or higher speed rating as the vehicle's Original Equipment to maintain vehicle speed capability. If a vehicle has tires with different speed ratings, it is the speed rating of the "slowest" tire that dictates the vehicle top speed.

## Flotation Sizing

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy

OK



The first number in the Flotation tire size is the overall diameter in inches. Pretty straight forward.

### Section Width

The second number is the section width (sidewall to sidewall) measurement in inches. Again, fairly simple.

### Construction

After the section width comes a letter that indicates the type of internal construction: 33X12.50R17LT 120Q.

This is the same as is found in the metric sizing systems.

There are two types of construction that you may see on the sidewall of a tire:

- R – Radial
- D or "B" or "-" – Diagonal or Bias Ply

Radial tires are the most common tires on the road in the United States today; thus "R" will usually be shown in the tire size designation. Radial construction means the tire's internal ply cords are oriented in a radial direction, from one bead over to the other, essentially perpendicular to the direction of rotation.

### Rim Diameter

The next number is the diameter code, in inches, of the rim onto which the tire can be mounted. For example, a tire with the 33X12.50R17LT 120Q would fit a rim with a 17-inch diameter.

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy                                        OK



metric sizing system. Note that since flotation tires cannot be used in a dual application there will be only one load index number instead of two.

## Uniform Tire Quality Grading

Another group of stamping on certain types of tires is the Uniform Tire Quality Grading or UTQG. This grading and stamping is required for passenger car tires (i.e. P-metric and Euro-metric) in the all season and summer categories. Dedicated winter tires, Light Truck (LT-Metric, Euro-Metric Commercial, Flotation) and Motorcycle tires are excluded from this requirement.

Quality grading is designed to make the tire purchase decision easier for you. Ideally, the system is intended to provide simple, comparative data so you can make an intelligent buying decision. However, the ratings are based upon test results achieved under special conditions. This means it's possible to misinterpret the comparative data as it relates to your individual driving habits, conditions, etc. You should still rely on your service or tire professional for assistance.

Quality grading designates the comparative performance levels of a tire based on government-specified tests but commissioned by the individual tire manufacturers. All tire manufacturers are required to grade regular and all-season passenger tires in three categories:

UTQG

1. Treadwear
2. Traction
3. Temperature

Treadwear
The treadwear grade is a comparative rating based on the wear rate of the tire when

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy

OK

3/12/24, 10:14 AM
How to Read & Determine Tire Size for Your Vehicle
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-50, PageID.1198    Filed 03/12/24    Page 9 of 10



will have the lowest traction performance.

WARNING: THE TRACTION GRADE ASSIGNED IS BASED ON A WET BRAKING (STRAIGHT AHEAD) TRACTION TEST AND DOES NOT INCLUDE CORNERING (TURNING) TRACTION.

Temperature Grades A, B and C

The temperature grades A, B, and C represent the tire's resistance to the generation of heat and its ability to dissipate heat when tested under controlled conditions on a specified indoor laboratory test wheel. Sustained high temperature can cause the tire's material to degenerate and reduce tire life, and excessive temperature can lead to sudden tire failure. The grade C corresponds to a performance level all passenger car tires must meet under the Federal Motor Vehicle Safety Standard No. 109. Grades A and B represent higher levels of performance on the laboratory test wheel than the minimum required by law.

WARNING: THE TEMPERATURE GRADE IS ESTABLISHED FOR A TIRE THAT IS PROPERLY INFLATED AND NOT OVERLOADED. EXCESSIVE SPEED, UNDER INFLATION, OR EXCESSIVE LOADING, EITHER SEPARATELY OR IN COMBINATION, CAN CAUSE HEAT BUILDUP AND POSSIBLE TIRE FAILURE.

DOT Quality Grades

All passenger car tires must conform to other federal requirements in addition to these grades.

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy    OK



# A History of Innovation

Learn about our mission, our achievements, and our ongoing commitments

Read Our Origin Story

This site uses cookies to enhance your user experience. By continuing to browse our website, you agree to use these cookies. For more information on what cookies we use and how to manage these cookies please visit our Privacy policy

OK