# Exhibit 51



United States    Tire Manufacturing in the US

# Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029)

NAICS 32621   •   January 2024













## Tire Manufacturing in the US industry analysis

Tire manufacturers produce tires for a variety of purposes, in addition to inner tubes and tire repair materials. The steadily rising number of total vehicle miles in the United States and the low price of rubber created healthy operating conditions for tire manufacturers leading up to the outbreak of COVID-19. But as measures were put into place to combat the spread of the virus, domestic travel stopped. This caused profit to shrink as revenue dried up while operating costs remained constant. As pandemic-related disruptions ended, domestic



Purchase options

3/12/24, 10:36 AM — Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029) | IBISWorld

Case 2:24-cv-10632-TGB-KGA ECF No. 1-52, PageID.205 Filed 03/12/24 Page 3 of 24

falling at a CAGR of 0.7% to $24.7 billion through the end of 2024, including an expected gain of 1.0% in 2024 alone. Profit has similarly shrunk to 3.8% of revenue in 2024, down from 4.0% in 2019.

# Instant access to hundreds of data points and trends

Market estimates from 2014-2029

Competitive analysis, industry segmentation, financial benchmarks

Incorporates SWOT, Porter's Five Forces and risk management frameworks

PDF report or online database with Word, Excel and PowerPoint export options

100% money back guarantee



Purchase options

Download sample

# Industry Statistics and Trends

## Tire Manufacturing in the US industry analysis

**The high price of rubber pressures tire manufacturers.** Despite a sharp decline in 2022 and 2023, otherwise steadily rising purchase costs keep profit down.

**Passenger tires continue to lead the industry.** Driving cars individually has long been

3/12/24, 10:38 AM — Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029) | IBISWorld

Case 2:24-cv-10632-TGB-KGA ECF No. 1-52, PageID.306 Filed 03/12/24 Page 4 of 24

the most popular method of transportation in the United States.

**Access to labor is key to keeping up.** The largest tire manufacturers, which dominate the industry, need to maximize output to compete.

**Price competition results in import penetration.** Tariffs, international regulations on rubber production and a declining trade-weighted index will help domestic producers regain their footing.

Access all 15 insights and trends with purchase. View purchase options.



Tire Manufacturing in the US

# Industry Revenue

Total value and annual change from 2011-2029. Includes 5-year outlook.

- ● Annual Revenue ($bn)
- ● Change (%)

3/12/24, 10:49 AM    Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029) | IBISWorld

Case 2:24-cv-10632-TGB-KGA    ECF No. 1-52, PageID.207    Filed 03/12/24    Page 5 of 24

Source: IBISWorld

# Tire Manufacturing in the US market size (2024-2029)

Industry revenue has declined at a CAGR of 0.7% over the past five years, to reach an estimated $24.7bn in 2024.

TRENDS AND INSIGHTS:

### Rising input costs pressure tire manufacturers

- Purchases account for the bulk of expenses for tire manufacturers, meaning that the rise of the price of their key input cost is a great threat to profit.

### Import penetration is taking a rising portion of the domestic market

- The trade-weighted index (TWI), a measure of the strength of the US dollar, has risen in recent years, making exports more expensive abroad and increasing the appeal of imports domestically.

Access all 12 market size insights and trends with purchase. View purchase options.



| Revenue | Employees | Wages |
|---|---|---|
| **$24.7bn** | **55,601** | **$X.Xbn** |
| '19-'24 ▇ 0.7 % | '19-'24 ▇ 0.8 % | '19-'24 ▇ X.X % |
| '24-'29 ▇ X.X % | '24-'29 ▇ X.X % | '24-'29 ▇ X.X % |

# Tire Manufacturing industry in the US outlook (2024-2029)

Market size is projected to increase over the next five years.

TRENDS AND INSIGHTS:

3/12/24, 1:00 PM    Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029) | IBISWorld

Case 2:24-cv-10632-TGB-KGA    ECF No. 1-52, PageID.208    Filed 03/12/24    Page 6 of 24

**Improving trade conditions will bolster tire manufacturers**

- The trade-weighted index (TWI) will fall steadily moving forward, reducing the appeal of imports and increasing the viability of exports.

Access all 3 forward-looking insights and industry data forecasts with purchase. View purchase options.

# Biggest companies in the Tire Manufacturing industry in the US

There are no companies that hold a large enough market share in the Tire Manufacturing in the US industry for IBISWorld to include in this product.

# Market share concentration of the Tire Manufacturing industry in the US

Market share concentration for the Tire Manufacturing industry in the US is moderate, which means the top four companies generate between 40% and 70% of industry revenue.

The average concentration in the Manufacturing sector in the United States is 38%.

TRENDS AND INSIGHTS:

**The three largest tire manufacturers dominate the industry**

- Goodyear, Michelin and Bridgestone account for most industry revenue.

Access all market share data and trends with purchase. View purchase options.

Tire Manufacturing in the US

# Products & Services Segmentation

Industry revenue broken down by key product and services lines.



○ Passenger vehicle tires
X.X%
○ Mid-sized and heavy-duty truck tires
X.X%
○ Tread rubber and tire repair
X.X%
○ Tractor and Industrial tires
X.X%
○ Inner tubes
X.X%
○ Other vehicle tires
X.X%

Source: IBISWorld

## Ready to keep reading?

**Unlock the full report for instant access to 30+ charts and tables paired with detailed analysis.**

 View purchase options

Or <u>contact us</u> for multi-user and corporate license options

 Table of Contents

## About this industry

### Industry definition

3/12/24, 10:38 AM                    Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029) | IBISWorld

Case 2:24-cv-10632-TGB-KGA    ECF No. 1-52, PageID.310    Filed 03/12/24    Page 8 of 24

This industry manufactures aircraft and motor vehicle tires, inner tubes and tire repair materials. The finished products are then sold to aircraft and motor vehicle manufacturers and tire wholesalers. Operators do not retread tires.

## What's included in this industry?

Passenger vehicle tires        Inner tubes        Mid-sized and heavy-duty truck tires

Tread rubber and tire repair materials        Aircraft tire manufacturing

Industrial and utility pneumatic tires        Tractor and implement tires

The Goodyear Tire & Rubber Company        Compagnie Generale Des Etablissements Michelin

Bridgestone Corporation        Cooper Tire & Rubber Co        Pirelli & C. S.P.A.        Hankook Tire

American Tire Distributors Inc.        Dreamstime.com LLC        The Yokohama Rubber Co., Ltd

## Industry Code

NAICS 32621

32621 Tire Manufacturing

## Related Industries

### Domestic industries

Competitors

- No data available

Complementors

- Car & Automobile Manufacturing in the US
- Tire Wholesaling in the US
- Tire Dealers in the US
- Oil Change Services in the US

## International Industries

- [Tire Manufacturing in Canada](#)
- [Tyre Manufacturing in the UK](#)
- [Tire Manufacturing in China](#)

# Performance

■ 15 insights    ■ 6 charts

## Key Takeaways

■ Despite a sharp decline in 2022 and 2023, otherwise steadily rising purchase costs keep profit down.

■ 3 insights available

## Revenue Highlights

■ **TRENDS:**

- Revenue
- 2024 Revenue CAGR
- Revenue Volatility

## Employment Highlights

■ **TRENDS:**

- Employees
- Employees per Business
- Revenue per Employee

## Business Highlights

◾ **TRENDS:**

- Businesses
- Employees per Business
- Revenue per Business

## Profit Highlights

◾ **TRENDS:**

- Total Profit
- Profit Margin
- Profit per Business

# Current Performance

◾ **CHARTS:**

- Revenue in the Tire Manufacturing in the US Industry Revenue (2014-2029)
- Employment in the Tire Manufacturing in the US Industry Revenue (2014-2029)
- Businesses in the Tire Manufacturing in the US Industry Revenue (2014-2029)
- Profit in the Tire Manufacturing in the US Industry Revenue (2014-2029)

◾ **ANALYSIS:** What's driving current industry performance in the Tire Manufacturing in the US industry?

 +12 insights available

## Outlook

 **ANALYSIS:** What's driving the Tire Manufacturing in the US industry outlook?

 +10 insights available

## Volatility

 **ANALYSIS:** What influences volatility in the Tire Manufacturing in the US industry?

 +5 insights available

 **CHARTS:**

- Industry Volatility vs. Revenue Growth Matrix

## Life Cycle

 **ANALYSIS:** What determines the industry life cycle stage in the Tire Manufacturing in the US industry?

 **CHARTS:**

- Industry Life Cycle Matrix

 +5 insights available

# Products and Markets

38 insights          5 charts

## Highlights

**TRENDS:**

- Largest Market
- Product Innovation

## Key Takeaways

**Passenger tires continue to lead the industry.** Driving cars individually has long been the most popular method of transportation in the United States.

1 insights available

# Products and Services

**CHARTS:**

- Products and Services Segmentation

**ANALYSIS:** How are the Tire Manufacturing in the US industry's products and services performing?

+36 insights available

**ANALYSIS:** What are innovations in the Tire Manufacturing in the US industry's products and services?

+6 insights available

# Major Markets

**CHARTS:**

- Major Market Segmentation

**ANALYSIS:** What influences demand in the Tire Manufacturing in the US industry?

+12 insights available

---

## International Trade

**HEAT MAPS:**

- Industry Concentration of Imports by Country
- Industry Concentration of Exports by Country
- Industry Trade Balance by Country

**ANALYSIS:** What are the import trends in the Tire Manufacturing in the US industry?

+7 insights available

**ANALYSIS:** What are the export trends in the Tire Manufacturing in the US industry?

+4 insights available

# Geographic Breakdown

9 insights    2 charts

## Key Takeaways

**Access to labor is key to keeping up.** The largest tire manufacturers, which dominate the industry, need to maximize output to compete.

Case 2:24-cv-10632-TGB-KGA ECF No. 1-52, PageID.1316 Filed 03/12/24 Page 14 of 24

 2 insights available

## Business Locations

 **HEAT MAPS:**

- Share of Total Industry Establishments by Region (2024)

**DATA TABLES:**

- Number of Establishments by Region (2024)

**CHARTS:**

- Share of Establishments vs. Population of Each Region

**ANALYSIS:** What regions are businesses in the Tire Manufacturing in the US industry located?

+3 insights available

# Competitive Forces

7 insights        4 charts

## Highlights

**TRENDS:**

- Concentration
- Competition
- Barriers to Entry
- Substitutes
- Buyer Power

- Supplier Power

## Key Takeaways

**Price competition results in import penetration.** Tariffs, international regulations on rubber production and a declining trade-weighted index will help domestic producers regain their footing.

2 insights available

## Concentration

**CHARTS:**

- Combined Market Share of the Four Largest Companies in This Industry (2014-2029)
- Share of Total Enterprises by Employment Size

**ANALYSIS:** What impacts market share in the Tire Manufacturing in the US industry?

+2 insights available

## Barriers to Entry

**CHARTS:**

- Business Birth and Death Rate in the Tire Manufacturing in the US Industry (2019-2024)

**ANALYSIS:** What challenges do potential entrants in the Tire Manufacturing in the US industry?

+5 insights available

## Substitutes

 **ANALYSIS:** What are substitutes in the Tire Manufacturing in the US industry?

+2 insights available

---

## Buyer and Supplier Power

**CHARTS:**

- Upstream Buyers and Downstream Suppliers in the Tire Manufacturing in the US industry

**ANALYSIS:** What power do buyers and suppliers have over the Tire Manufacturing industry in the US?

+2 insights available

# Companies

11 insights    4 charts    1 data table

### Key Takeaways

**Goodyear, Michelin and Bridgestone lead the way.** These manufacturers use their resources to produce the most advanced tires, enabling them to take up most revenue.

2 insights available

## Market Share

**CHARTS:**

- Industry Market Share by Company 2019-2024

---

## Company Snapshots

**COMPANY DETAILS:**

- Total revenue
- Total operating income
- Total employees
- Industry market share

**COMPANY SUMMARY:**

- Description
- Brands and trading names
- Other industries

**ANALYSIS:** What's influencing the company's performance?

+2 insights available

## External Environment

10 insights    4 charts

### Highlights

**TRENDS:**

- Regulation & Policy
- Assistance

3/12/24, 12:05 AM    Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029) | IBISWorld

Case 2:24-cv-10632-TGB-KGA   ECF No. 1-52, PageID.1230   Filed 03/12/24   Page 18 of 24

## Key Takeaways

 **The price of rubber continues to dictate success.** Rubber price's consistent climb remains pivotal, exerting pressure on profit and influencing the success trajectory for tire manufacturers.

2 insights available

## External Drivers

**CHARTS:**

- Trade-weighted index
- Consumer spending
- Domestic trips by US residents
- Total vehicle miles
- New car sales
- Average age of vehicle fleet

**ANALYSIS:** What demographic and macroeconomic factors impact the Tire Manufacturing in the US industry?

+6 insights available

## Regulation and Policy

**ANALYSIS:** What regulations impact the Tire Manufacturing in the US industry?

+2 insights available

## Assistance

**ANALYSIS:** What assistance is available to the Tire Manufacturing in the US industry?


+3 insights available

# Financial Benchmarks


12 insights    2 charts    7 data tables

## Highlights

**TRENDS:**
- Profit Margin
- Average Wage
- Largest Cost

## Key Takeaways

**High purchase costs keep profit down.** The price of rubber has grown steadily in recent years and shows no sign of slowing.

2 insights available

## Cost Structure

**CHARTS:**
- Share of Economy vs. Investment Matrix
- Industry Cost Structure Benchmarks:
  - Marketing
  - Depreciation
  - Profit

- Purchases
- Wages
- Rent
- Utilities
- Other

◼ **ANALYSIS:** What trends impact cost in the Tire Manufacturing in the US industry?

◻ ◼ +3 insights available

---

## Financial Ratios

◼ **CHARTS:**

- 3-4 Industry Multiples (2018-2023)
- 15-20 Income Statement Line Items (2018-2023)
- 20-30 Balance Sheet Line Items (2018-2023)
- 7-10 Liquidity Ratios (2018-2023)
- 1-5 Coverage Ratios (2018-2023)
- 3-4 Leverage Ratios (2018-2023)
- 3-5 Operating Ratios (2018-2023)
- 5 Cash Flow and Debt Service Ratios (2018-2023)
- 1 Tax Structure Ratio (2018-2023)

---

## Key Ratios

◼ **DATA TABLES:**

- IVA/Revenue (2014-2029)
- Imports/Demand (2014-2029)
- Exports/Revenue (2014-2029)
- Revenue per Employee (2014-2029)
- Wages/Revenue (2014-2029)
- Employees per Establishment (2014-2029)
- Average Wage (2014-2029)

# Key Statistics

■ 2 data tables

## Industry Data

■ **DATA TABLES:**

Including values and annual change:

- Revenue (2014-2029)
- IVA (2014-2029)
- Establishments (2014-2029)
- Enterprises (2014-2029)
- Employment (2014-2029)
- Exports (2014-2029)
- Imports (2014-2029)
- Wages (2014-2029)

## Ready to keep reading?

**Unlock the full report for instant access to 30+ charts and tables paired with detailed analysis.**



Or contact us for multi-user and corporate license options

# ■ Frequently Asked Questions

## What is the market size of the Tire Manufacturing industry in the US?

The market size of the Tire Manufacturing industry in the US is measured at $24.7bn in 2024.

## How fast is the Tire Manufacturing in the US market projected to grow in the future?

Over the next five years, the Tire Manufacturing in the US market is expected to decline. See purchase options to view the full report and get access to IBISWorld's forecast for the Tire Manufacturing in the US from 2025 up to 2029.

## What factors are influencing the Tire Manufacturing industry in the US market trends?

Key drivers of the Tire Manufacturing in the US market include Trade-weighted index, Consumer spending, Domestic trips by US residents, Total vehicle miles, New car sales and Average age of vehicle fleet.

## What are the main product lines for the Tire Manufacturing in the US market?

The Tire Manufacturing in the US market offers products and services including Passenger vehicle tires, Inner tubes, Mid-sized and heavy-duty truck tires, Tread rubber and tire repair materials, Aircraft tire manufacturing, Industrial and utility pneumatic tires and Tractor and implement tires.

## How many people are employed in the Tire Manufacturing industry in the US?

The Tire Manufacturing industry in the US has 55,601 employees in United States in 2024.

3/12/24, 9:49 AM    Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029) | IBISWorld

Case 2:24-cv-10632-TGB-KGA ECF No. 1-52, PageID.1235 Filed 03/13/24 Page 23 of 24

## How concentrated is the Tire Manufacturing market in the United States?

Market share concentration is medium for the Tire Manufacturing industry in the US, with the top four companies generating 58% of market revenue in United States in 2024. The level of competition is moderate overall, but is highest among smaller industry players.

 **Methodology**

## Where does IBISWorld source its data?

IBISWorld is a world-leading provider of business information, with reports on 5,000+ industries in Australia, New Zealand, North America, Europe and China. Our expert industry analysts start with official, verified and publicly available sources of data to build an accurate picture of each industry.

Each industry report incorporates data and research from government databases, industry-specific sources, industry contacts, and IBISWorld's proprietary database of statistics and analysis to provide balanced, independent and accurate insights.

IBISWorld prides itself on being a trusted, independent source of data, with over 50 years of experience building and maintaining rich datasets and forecasting tools.

To learn more about specific data sources used by IBISWorld's analysts globally, including how industry data forecasts are produced, visit our Help Center.

### GLOBAL

Australia

Canada

China

Europe

### PRODUCTS

API Solutions

AU & NZ Enterprise Profiles

Business Environment Profiles

Call Prep Insights for Salesforce

3/12/24, 9:06 AM    Tire Manufacturing in the US - Market Size, Industry Analysis, Trends and Forecasts (2024-2029) | IBISWorld

Case 2:24-cv-10632-TGB-KGA    ECF No. 1-52, PageID.1236    Filed 03/12/24    Page 24 of 24

Germany

Mexico

New Zealand

United Kingdom

United States

💬 Deutsch

Early Warning System

iExpert Summary Reports

Industry Research Reports

Industry Risk Rating Reports

Industry Financial Ratios

Industry Data Wizard

State & Provincial Reports

US Segment Benchmarking

US Company Benchmarking

US Benchmarking Pro

Industry Insider

SME Industry Reports

## COMPANY

Our Story

Our Team

Client Success Stories

Careers

Contact Us

FAQ - Help Center

Industry Classifications

Modern Slavery Statement

## MEMBERSHIP

Membership Inquiry

Request a Demo

Free Sample Report

Newsletter

Login

## FOLLOW US

© 2024 IBISWorld. All rights reserved.

Terms of Use    Cookie Policy    Privacy Policy    Sitemap