# Exhibit 52

Site Logo Block



ABOUT US

The U.S. Tire Manufacturers Association is the national trade association for tire manufacturers that produce tires in the United States. USTMA members operate 57 facilities in 17 states, are responsible for more than 291,000 jobs and have an annual economic footprint of $170.6 billion.

## OUR MISSION AND VISION

### MISSION

To strengthen the competitiveness, societal impact and reputation of the U.S. tire manufacturing industry.

### VISION

To be the premier advocate, trusted voice, and thought leader for the U.S. tire manufacturing industry. Advancing safe, sustainable mobility for the future.

**OUR PILLARS**


### Safety

Safety is the tire industry's top priority. We are committed to making tires that make driving easier, safer, smarter and more sustainable.  Tire manufacturers are in constant pursuit of excellence by inventing new ways to design and engineer tires.  Tires today are much safer and better performing than the tires from a few decades ago. The most recent government data analysis showed tire-related crashes decreased by over 50% between 2007 and 2010.


### Environmental Stewardship

From environmental stewardship to workplace safety to corporate social responsibility, USTMA members are committed to continuous improvement. Our members have reduced energy use and greenhouse gas emissions and are incorporating sustainable and biogenic materials in tire manufacturing. USTMA members share the goal that all scrap tires enter sustainable and circular end-use markets by incentivizing market development and advancing federal and state regulations that foster sustainable scrap tire markets .



### Economy

Tire manufacturing helps keep the American economy moving. U.S. tire makers employ nearly 100,000 people in our country, including factory workers and highly skilled scientists, engineers and others. Tires are always in demand, which makes tire manufacturing the kind of steady, robust industry our communities can count on in this changing economy.



### Innovation

Tires are the only part of a car that touches the road and that connection is critically important to keeping the American economy moving and the driving public safe. The tire manufacturing industry has invested billions of dollars in improving tires so they are significantly safer and more sustainable than just a few decades ago – and they're only getting better.

## OUR MEMBERS

*(https://ustires.org//bridgestone-americas-inc)*

*(https://ustires.org//continental-tire-americas-llc)*

*(https://ustires.org//giti-tire-usa-ltd)*



*(https://ustires.org//goodyear-tire-rubber-company)*



*(https://ustires.org//hankook-*
*tire-america-corp)*



*(https://ustires.org//kumho-*
*tire-usa-inc)*

*(https://ustires.org//michelin-*
*north-america-inc)*



*(https://ustires.org//nokian-*
*tyres)*



*(https://ustires.org//pirelli-
tire-llc)*



*(https://ustires.org//sumitomo-
rubber-industries)*

![Toyo Tires]

*(https://ustires.org//toyo-tire-
corporation)*

![Yokohama]

*(https://ustires.org//yokohama-
tire-corporation)*

## LEADERSHIP



**ANNE FORRISTALL LUKE**
President & CEO
U.S. Tire Manufacturers Association
Bio *(https://ustires.org//us-tire-manufacturers-association)*



**ALEXIS GARCIN**
Chairman of U.S. Tire Manufacturers Association; Chairman and President Michelin North America, Inc.
Bio *(https://ustires.org//michelin-north-america-inc-0)*

**SEE MORE OF OUR LEADERSHIP**
*(https://www.ustires.org/leadership)*

**VIEW STAFF DIRECTORY**  *(https://ustires.org//staff-directory)*

## ABOUT US

The U.S. Tire Manufacturers Association is the national trade association for tire manufacturers that produce tires in the U.S. Our 12 member companies operate 57 tire-related manufacturing facilities in 17 states. U.S. tire manufacturing has an annual economic footprint of $170.6 billion and is responsible for more than 291,000 U.S. jobs in manufacturing, distribution and retailing. The industry supports more than 510,000 additional U.S. jobs in supplier and induced activities, totaling more than 801,000 jobs nationwide. USTMA advances a sustainable tire manufacturing industry through thought leadership and a commitment to science

based public policy advocacy. Our member company tires make mobility possible. USTMA members are committed to continuous improvement of the performance of our products, worker and consumer safety and environmental stewardship.



1400 K Street, NW, Suite 900
Washington, DC 20005
202.682.4800
info@ustires.org
©2020, U.S. Tire Manufacturers Association