# Exhibit 53

**Site Logo Block**



## LEADERSHIP



**ANNE FORRISTALL LUKE**
President & CEO
U.S. Tire Manufacturers Association
Bio *(https://ustires.org//us-tire-manufacturers-association)*



**ALEXIS GARCIN**
Chairman of U.S. Tire Manufacturers Association; Chairman and President Michelin North America, Inc.
Bio *(https://ustires.org//michelin-north-america-inc-0)*

## BOARD OF DIRECTORS



**PAOLO FERRARI**
President, Chief
Executive
Officer,
Bridgestone
Americas, Inc.
Bio
*(https://ustires.org//bridgestone-americas-inc-0)*



**ALAN
YARCUSKO**
Vice President,
Government &
Regulatory
Affairs, General
Counsel,
Diversified
Businesses
Bridgestone
Americas, Inc.
Bio
*(https://www.ustires.org/alan-yarcusko-bio)*



**JOCHEN ETZEL**
Chief Executive
Officer,
Continental Tire
the Americas,
LLC
Bio
*(https://ustires.org//continental-tire-americas-llc-0)*



**BLAKE EADDY**
General Counsel
and Secretary
Giti Tire (USA),
Ltd.

Bio
*(https://www.ustires.org/blake-eaddy-bio)*



**DAVID REESE**
Vice President,
Americas
Product
Development
Goodyear Tire &
Rubber Company
Bio
*(https://www.ustires.org/goodyear-tire-rubber-company-1)*



**ROB WILLIAMS**
President
Hankook Tire
America Corp.
Bio
*(https://www.ustires.org/rob-williams-bio)*



**NAM HWA (ED) CHO**
Chief Executive
Officer of North &
South Americas
Kumho Tire
U.S.A., Inc.
Bio
*(https://www.ustires.org/kumho-tire-usa-inc-2)*



**DAVID K. CHAPMAN**
Vice President, Public Affairs
Michelin North America, Inc.
Bio
*(https://www.ustires.org/michelin-north-america-inc-1)*



**TOMMI HEINONEN**
Vice President North America
Nokian Tyres North America
Bio
*(https://www.ustires.org/nokian-tyres-north-america)*



**CLAUDIO ZANARDO**
President & CEO
Pirelli Tire North America
Bio
*(https://ustires.org//pirelli-tire-north-america-1)*



**RICHARD SMALLWOOD**
President & CEO
Sumitomo Rubber Industries, Inc.
Bio *(https://ustires.org//sumitomo-rubber-north-america-inc)*



**JAMES TSAI**

General Counsel and Corporate Secretary
Toyo Tire Holdings of Americas Inc.
Bio *(https://www.ustires.org/toyo-tire-holdings-americas-inc)*



**JEFF BARNA**
President & CEO
Yokohama Tire Corporation
Bio *(https://ustires.org//yokohama-tire-corporation-0)*



1400 K Street, NW, Suite 900
Washington, DC 20005
202.682.4800
info@ustires.org
©2020, U.S. Tire Manufacturers Association