# Exhibit 54

 

Search products or content

# NOKIAN TYRES' NORTH AMERICAN FACTORY

## DAYTON, TENNESSEE, USA

 APPLY FOR JOBS



## NORTH AMERICAN TIRES AT AN AMERICAN TIRE FACTORY

Many people know us as the Finnish inventor of the winter tire, but we're also a growing North American tire manufacturer. We built our $360 million manufacturing facility in Dayton, Tennessee, USA to serve customers across the United States and Canada. Our first North American tire factory produces car and light truck all season tires and all weather tires tailored to meet the demands of North American drivers, while doubling down on our commitment to safe, sustainable products and processes. We believe that thriving domestic production offers a buffer against global uncertainty, which is why we are continuing to expand our North American tire manufacturing capacity. That includes increased volume of our most popular all season tires, the Nokian Tyres One, and

production of our newest all weather tire, the Nokian Tyres Remedy WRG5, locally in Tennessee.

## GROWTH IN DAYTON

Our Dayton factory is growing exponentially. After the factory's best year on record in 2022, Nokian Tyres plans to double production there by 2024, crafting as many as four million tires per year in the heart of Southeast Tennessee. To meet this goal, we'll be expanding our top-of-the-line workforce. New employees will receive rigorous training and access to premium facilities, including high-tech production infrastructure, a Wellness Center, and even a sauna.



**EXPLORE OPEN POSITIONS**

## TIRES MADE BY AMERICANS, FOR NORTH AMERICAN ROADS

At the Dayton Factory, our dedicated team members craft all season and all weather tires that thrive in all conditions. We believe happy people make premium tires, and our Hakkapeliitta Spirit of entrepreneurship, inventiveness and team spirit guides our work together. Since opening in 2019, we've already won awards for the factory's operations, culture and sustainability. That means career advancement for our team members and safety for North American tire buyers.

## BRINGING SUSTAINABLE SCANDINAVIAN VALUES TO DAYTON

Our North American tire factory was designed on the cutting edge of sustainable innovation. The Dayton Factory is the first tire factory in the world to earn LEED v4 Silver certification - a testament to its low emissions and energy efficiency - and its

administration building earned LEED v4 Gold certification in 2021. But state-of-the-art facilities are not the only way we strive to be sustainable. Our tires have low rolling resistance and are free of harmful high-aromatic oils. **Nokian Tyres operates one of the most eco-friendly tire factories in the world** in Southeast Tennessee.

## FIND A TIRE SHOP NEAR YOU

Nokian Tyres' products are available at retailers throughout North America. Visit our Nokian Tyres dealer locator to find a tire shop near you.

○ **FIND THE NEAREST TIRE SHOP**



## TIRES

Tires for Electric Cars

Van Tires

Downloadable Product Guide

Passenger Cars

CUV / SUV / Light Truck

Van / Cargo

Snow tires

Winter tires

Studded tires

Non-studded tires

All-season tires

All-weather tires

All-terrain tires

Shop by Vehicle Manufacturer

## MOST POPULAR TIRE SIZES

205/55R16

215/70R16

225/65R17

265/70R16

185/65R15

265/75R16

275/55R20

275/60R20

275/65R18

225/50R17

Tire size chart

## INNOVATION

Research and Development

Testing

Safety

Facts About Tires

Test success

## CONSUMER PROMISES

Tire Registration Form

Nokian Tyres Satisfaction Guarantee

Nokian Tyres Pothole Protection Warranty

Nokian Tyres Limited Warranty

## COMPANY

About Us

Careers

Investors

Publications

For media

Contact

Nordman

## WHERE TO BUY

Dealer Services

Nokian Tyres Dealers

## CONTACT INFO

Feedback

Twitter

Instagram

Facebook

Youtube

**FOLLOW US**

**SUBSCRIBE TO OUR NEWSLETTER**  SIGN ME UP!

Frontpage  ›  2023 Dayton Factory

Copyright © Nokian Tyres plc. All rights reserved. Privacy Statements and Terms of Services | Sitemap