# Exhibit 55



LOGIN    REGISTER    SUBSCRIBE    CURRENT ISSUE

MENU

Home > News

July 08, 2022 02:44 PM

# Rising tire prices affected by several factors
Tire Business

 TWEET     SHARE     SHARE     EMAIL



The supply chain continues to struggle in the wake of the COVID-19 pandemic, and the cost related to logistics and raw materials is at a historic high. Additionally, inflation is

causing rising prices in most aspects of business. In the tire industry, manufacturers have raised prices multiple times in response.

The following is a look at recent prices increases along with the thoughts of company officials — gleaned from our annual Mid-Year Report — on price increases within the industry.

Subscribe to Tire Business for more award-winning news and insight.

## Bridgestone

Bridgestone Americas Inc. raised prices on Bridgestone-, Firestone- and Fuzion-brand passenger, light truck and motorcycle tires in the U.S. and Canada by up to 10% on July 1. This marks Bridgestone's fourth price increase of 2022. The tire maker raised prices on Bridgestone- and Firestone-brand commercial, OTR and agriculture tires by up to 15% in the U.S and Canada on May 1.

Scott Damon, chief operating officer of Bridgestone Americas, said consumers remain undeterred to prices increases, at least for the time being. "We're certainly seeing a red-hot economy that, despite the price increases and inflation, demand still remains quite strong," he said. "It is a pleasant surprise."

## Continental

Continental Tire the Americas L.L.C. is raised prices on its Continental- and General-branded passenger and light truck tires in the U.S. market June 1. The increase was Conti's sixth in the past 16 months.



Continental A.G.

### Goodyear

Goodyear raised prices in the U.S. and Canada on Goodyear- and Cooper-brand consumer tires by up to 10% and on commercial truck tires by up to 6% on July 1. Goodyear last raised prices in North America on Jan. 1 — by up to 12% on consumer and up to 14% on commercial/OTR tires across all brands — and prior to that three times in 2021.

Darren Wells, chief financial officer, cited rising raw-materials and other inflation-impacted costs for the need to raise prices. The changes affect all Goodyear and Cooper flag and associate brands.

### Hankook

Hankook Tire America Inc. raised prices on Hankook- and Laufenn-brand passenger and light truck tires on May 1 by up to 8%; its first increase since August 2021, when the Nashville-based company raised prices up to 7% on Hankook- and Laufenn-brand passenger and light truck tires in the U.S.

Individual price increase will vary by product within each brand portfolio, Hankook said, citing several factors — including rising cost of operations and raw materials, increased logistics costs and other market factors — as reasons for the increases.

FOR SUBSCRIBERS


**Bridgestone fully recovered from cyber breach**


**Hankook: 'Local-for-local' underpins growth strategy**


**Conti navigates Ukraine war, supply-chain challenges**

## Kumho

Kumho Tire Canada raised prices throughout Canada by 5% to 7% on specific all-season passenger and light truck tire lines on July 1. Kumho Tire Canda last raised prices April 1 on Kumho-brand all-season, all-weather, winter and commercial tire lines.

Kumho Tire Canada said the "increase reflects the many increases in costs in the market."

## Pirelli

Pirelli Tire North America Inc. raised prices on passenger and light truck tires sold in the U.S. by as much as 10% on June 15. This marks the tire maker's third price increase in 2022.



Pirelli photo

Pirelli's P Zero Elect tires are original equipment on the BMW iX,

## Sumitomo

Sumitomo Rubber North America Inc. (SNRA) raised prices in the U.S. and Canada by an undisclosed amount on Falken-brand passenger, light truck and medium truck tires on July 1. This was the third time SRNA has raised prices on Falken-brand tires in 2022. It last raised prices by up to 8% on Falken- and Ohtsu-brand passenger, light truck and medium truck tires in the U.S., Canada and the Caribbean on March 1.

## Toyo

Toyo Tire U.S.A. Corp. will be raising dealer base prices on on select passenger car, light truck, and commercial tire patterns by up to 5%, effective Aug. 1. Toyo Tire last raised dealer base prices, on passenger car, light truck and commercial truck tires, by up to 10%, on Feb. 1.

"Price increases have been a necessary counteraction to increased costs in raw materials, logistics and labor for Toyo and everyone else in the industry," said Michael Graber, president and CEO of Toyo Tire U.S.A. Corp. "It is difficult to predict what the future holds, but we are constantly looking for efficiencies in the supply chain to manage the costs of building and distributing tires.

## Yokohama

Yokohama Tire Corp. raised prices in the U.S. on replacement market consumer and commercial tires by an undisclosed amount on July 1. It will mark the company's second increase in 2022 and sixth increase since December 2020.

"We often see supply and demand drive a lot of the pricing decisions in the industry, and although that continues to be a factor today, there are a lot of additional factors that are likely contributing to some of the pricing actions of late," Stan Chandgie, Yokohama executive vice president of sales and support, said. "One of the most notable impacts that everyone is facing today is the rising cost of labor and salaries. This trend is likely here to stay, which could suggest the same for the recent increases we are seeing across the industry. We are hopeful things will start to stabilize; however, I think the past two years have taught us that it is extremely difficult to predict what is coming next."

**FOR SUBSCRIBERS**


**Yokohama spotlights growing UHP tire portfolio**


**New Toyo CEO sees improvement in supply chain**


**SRNA expects supply increase, sales lag**

## Most Popular

| 1 | **Goodyear to close Malaysian tire plant** |
|---|---|

3/12/24, 10:18 AM
Rising tire prices affected by several factors | Tire Business
Case 2:24-cv-10632-TGB-KGA    ECF No. 1-56, PageID.1262    Filed 03/12/24    Page 8 of 12

| 2 | Second price-fixing suit filed against U.S. tire makers |
|---|---|
| 3 | FullSpeed plans to take Kwik Kar franchise nationwide |
| 4 | 1966 Buick with OE Goodyear tires hits 10K miles |
| 5 | Exxpress unveils rebrand, new dealer loyalty program |

## SIGN UP FOR NEWSLETTERS

- ☐ Daily Newsmail
- ☐ Breaking Alert
- ☐ Most Read stories
- ☐ Data Store
- ☐ Tire Business Webinars and Livestreams

**EMAIL ADDRESS**

**SUBMIT**

*Letter — to the — Editor*

**Do you have an opinion about this story? Do you have some thoughts you'd like to share with our readers? Tire Business would love to hear from you. Email your letter to Editor Don Detore at ddetore@crain.com.**

## NEWSLETTER CENTER

Staying current is easy with Tire Business delivered straight to your inbox.

| Enter Business Email | SIGN UP NOW |

## SUBSCRIBE TODAY

Subscribe to Tire Business

SUBSCRIBE

## CONNECT WITH US

    

### Our Mission

Tire Business is an award-winning publication dedicated to providing the latest news, data and insights into the tire and automotive service industries.

**TIRE BUSINESS**

### READER SERVICES

| Staff | Industry Sites |
| About Us | Order Reprints |
| Site Map | Customer Service: 877-320-1716 |

### PARTNER SITES

Rubber News

European Rubber Journal

Automotive News

Plastics News

Urethanes Technology

**RESOURCES**

Advertise

Privacy Policy

Privacy Request

Terms of Service

Media Guide

Editorial Calendar

Classified Rates

Digital Edition

Careers

Ad Choices



Copyright © 1996-2024. Crain Communications, Inc. All Rights Reserved.